**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW MEXICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Breedyk Dairy, Ltd. Co.** | |

| | | | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Breakaway Dairy** | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-0416685** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7150 Vineyard**<br>**Dexter, NM 88230**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Chaves**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

**7.**   **Describe debtor's business**

     A. *Check one:*

     ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

     ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

     ☐ Railroad (as defined in 11 U.S.C. § 101(44))

     ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

     ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

     ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

     ☑ None of the above

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
     See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     _____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

     *Check one:*

     ☐ Chapter 7

     ☐ Chapter 9

     ☑ Chapter 11. *Check all that apply*:

         ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

         ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

         ☐ A plan is being filed with this petition.

         ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

         ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

         ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

     ☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

     If more than 2 cases, attach a separate list.

     ☑ No.

     ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases. If more than 1, attach a separate list

     ☑ No

     ☐ Yes.

| Debtor _____ | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Agsure**

Contact name   _____

Phone   **(505) 217-2415**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2016**
          MM / DD / YYYY

**X** **/s/ Arie Breedyk**                      **Arie Breedyk**
Signature of authorized representative of debtor             Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ George M. Moore**                Date   **May 17, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**George M. Moore**
Printed name

**Moore, Berkson, Bassan & Behles, P.C.**
Firm name

**3800 Osuna Rd. NE, Suite 2**
**Albuquerque, NM 87109**
Number, Street, City, State & ZIP Code

Contact phone   **(505)242-1218**      Email address   **mbglaw@swcp.com**

**1854**
Bar number and State

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Breedyk Dairy, Ltd. Co.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW MEXICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cartel, Inc.**<br>**PO Box 534**<br>**Hagerman, NM 88232** | | | | | | **$27,380.00** |
| **Cattle Feeds**<br>**PO Box 8178**<br>**Roswell, NM 88202** | | | | | | **$33,234.00** |
| **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | | | | | **$18,787.00** |
| **Chase**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | | | | | **$9,459.00** |
| **DBS Commodities**<br>**184 E Darby Rd**<br>**Dexter, NM 88230** | | all real property; livestock, offspring, proceeds and replacements; equipment; rolling stock; contract rights; accounts; general intangibles; all pers | | **$1,164,978.00** | **$11,300,451.00** | **$1,164,978.00** |
| **Internal Revenue Service Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | | 943 | | | | **$83,432.00** |
| **Jordan Dairy Service**<br>**PO Box 236**<br>**Dexter, NM 88230** | | | | | | **$84,625.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marshall Farms**<br>**548 Shawnee Rd**<br>**Dexter, NM 88230** | | | | | | $207,197.00 |
| **RCMA Farms, LLC**<br>**PO Box 516**<br>**Hagerman, NM**<br>**88232** | | | | | | $56,504.00 |
| **Richard Park, DVM**<br>**1133 W Mesa Loop**<br>**NW**<br>**Los Lunas, NM**<br>**87031** | | | | | | $24,520.00 |
| **Robinson Farms**<br>**181 E Darby**<br>**Dexter, NM 88230** | | | | | | $617,992.00 |
| **Vet Outlet**<br>**PO Box 5609**<br>**Roswell, NM 88202** | | | | | | $25,095.00 |
| **VFC Partners 25,**<br>**LLC**<br>**3424 Peachtree Rd.**<br>**NE**<br>**Suite 2200**<br>**Atlanta, GA 30326** | | livestock; all real property; equipment; inventory; documents | | $6,960,235.00 | $10,683,745.00 | $2,985,464.00 |
| **VFC Partners 25,**<br>**LLC**<br>**3424 Peachtree Rd.**<br>**NE**<br>**Suite 2200**<br>**Atlanta, GA 30326** | | feed; all real property; equipment; inventory; documents | | $3,192,123.00 | $7,006,961.00 | $384,074.00 |
| **W-F Farms**<br>**PO Box 580**<br>**Dexter, NM 88230** | | | | | | $340,648.00 |
| **Wells Fargo**<br>**Business Direct**<br>**PO Box 29482**<br>**Phoenix, AZ 85308** | | | | | | $34,322.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Breedyk Dairy, Ltd. Co.**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $    **6,812,895.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $    **4,487,499.61**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................   $    **11,300,394.61**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **15,832,248.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $    **83,432.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$    **1,652,263.00**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $    **17,567,943.00**

Case 16-11218-j11    Doc 1    Filed 05/17/16    Entered 05/17/16 11:25:01 Page 7 of 37

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **checking account (operating account)** | **2663** | **$0.00** |
| 3.2. | **Bank of the West** | **checking account (tax account)** | **7528** | **$124.00** |
| 3.3. | **Wells Fargo** | **checking account (operating account)** | **2671** | **$25.61** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $149.61 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

Case 16-11218-j11     Doc 1     Filed 05/17/16     Entered 05/17/16 11:25:01 Page 8 of 37

| Debtor | **Breedyk Dairy, Ltd. Co.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 300,000.00 | - | 0.00 | = .... | **$300,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$300,000.00** |
|---|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish*<br>**milk cows 1546 x $1,200**<br>**dry cows 202 x $1,200**<br>**bulls 12 x $800**<br>**heifers 1389 x $900** | | | **$3,417,300.00** |
| **heifers 433 x $600**<br>**located at Llanda Verde Calf Ranch** | | | **$259,800.00** |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)*<br>**F44K John Deere Loader** | | | **$50,000.00** |
| **F44K John Deere Loader** | | | **$50,000.00** |
| **Volvo loader** | | | **$5,000.00** |
| **John Deere Scraping Tractor** | | | **$5,000.00** |
| **feed truck** | | | **$20,000.00** |

| | | | |
|---|---|---|---|
| Lowen vacuum truck | | | **$60,000.00** |
| Kubota mowing tractor | | | **$1,000.00** |
| breeding van | | | **$250.00** |
| truck with cow trailer | | | **$2,500.00** |
| milking equipment | | | **$0.00** |

31. **Farm and fishing supplies, chemicals, and feed**
    **sorghum silage 2,200 x 50 = 110,000**
    **wheatledge 3,350 x 60 = 201,000**
    **hay 25 x 2000 = 5,000**                                                **$316,000.00**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**                                          | **$4,186,850.00** |

    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☑ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** office furniture | | | **$100.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 computers | | | **$400.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**1 printer**

---

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                  | **$500.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☑ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☑ No.  Go to Part 9.
     ☐ Yes Fill in the information below.

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Breedyk Dairy Land and improvements**<br>**7150 Vineyard Rd.**<br>**Dexter, NM 88230** | Fee simple | | | $2,750,000.00 |
| 55.2.  **Breedyk Dairy Dry Land**<br>**7150 Vineyard Rd.**<br>**Dexter, NM 88230** | Fee simple | | | $120,000.00 |
| 55.3.  **Chisum Trail Farm**<br>**7133 Old Chisum Trail**<br>**Dexter, NM 88230** | Fee simple | | | $682,500.00 |

| | | | | |
|---|---|---|---|---|
| 55.4. | **Shawnee Heifer Ranch land and improvments 265 E. Shawnee Rd. Dexter, NM 88230** | Fee simple | | $363,258.00 |
| 55.5. | **Shawnee Heifer Ranch House Lot and house 265 E. Shawnee Rd. Dexter, NM 88230** | Fee simple | | $75,000.00 |
| 55.6. | **No Name Farm 501 No Name Rd. Roswell, NM 88203** | Fee simple | | $750,188.00 |
| 55.7. | **White Farm land and improvements 7145 Vineyard Rd. Dexter, NM 88230** | Fee Simple | | $1,425,731.00 |
| 55.8. | **19th Street Farm 2305 E. College Rd. Roswell, NM 88203** | Fee simple | | $646,218.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$6,812,895.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  **Breedyk Dairy, Ltd. Co.**  Case number *(If known)* _____

Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $149.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $300,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $4,186,850.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................> | | $6,812,895.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,487,499.61 + 91b. | $6,812,895.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,300,394.61 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT 1
# SCHEDULE A LEGAL DESCRIPTIONS

**NO NAME FARM:**
The NEl/4 of Section 7 and the Sl/2NW1/4 of Section 8, all in Township 12 South of Range 25 East of the New Mexico Principal Meridian, in the County of Chaves and State of New Mexico.

**19th STREET FARM:**
Parcel I: A certain tract of land situate within Section 26, Township 10 South of Range 24 East of the New Mexico Principal Meridian, in the County of Chaves and State of New Mexico, comprising portions of Lots 15, 16, 17, 18 and 19 of The Hamilton Farms, as subdivision, as shown on the Official Plat filed in the Chaves County Clerk's Office on October 17, 1910 and recorded in Book A of Plat Records, Chaves County, New Mexico, at Page 166.

Parcel 2: Lots 1, 2, and 3 in Block 1; Lots 1, 2, 3 and 4 in Block 2; Lots 1, 2 and 3 in Block 3 of Hamilton Farms Redivision No. 1, in the County of CHAVES and State of New Mexico, as shown on the Official Plat recorded September 26, 1986 in Plat Book L, Page 2, Real Property Records of CHAVES County, New Mexico.

Parcel 3: Lot 9 of Hamilton Farms Replat of Lots 8 and 9, Hamilton Farms Subdivision, in the County of CHAVES and State of New Mexico, as shown on the Official Plat recorded July 14, 2000 in Plat Book V, Page 33, Real Property Records of CHAVES County, New Mexico and being more particularly described as follows:

Beginning at the Northwest corner of the tract herein described, a set 1/2" rebar and cap on the Southerly Right-of-Way line of 19th Street (SR 253), whence the West Quarter Corner (W/4) of said Section 26, being a found 5/8" rebar, bears North 41 degrees 40 minutes 39 seconds East a distance of 48.21 feet; THENCE following said Southerly Right-of-Way of 19th Street, North 89 degrees 59 minutes 08 seconds East, a distance of 1759.97 feet to the Northeast corner of the tract herein described, a set 1/2" rebar and cap impressed LS 5949; THENCE leaving said Southerly Right-of-Way of 19th Street, South 04 degrees 09 minutes 58 seconds West, a distance of 1283.89 feet to a set 1/2" rebar and cap impressed LS 5949; THENCE North 89 degrees 22 minutes 30 seconds East, a distance of 240.69 feet to a found 5/8" rebar and cap impressed LS 5504; THENCE South 00 degrees 55 minutes 15 seconds East, a distance of 681.55 feet to a found 1/2" rebar; THENCE South 33 degrees 46 minutes 33 seconds East, a distance of 761.37 feet to the Southeast corner of the tract herein described, a found 5/8" rebar and cap impressed LS 5504 on the Northerly Right-of-Way of College Boulevard; THENCE following said Northerly Right-of-Way of College Boulevard South 89 degrees 52 minutes 21 seconds West, a distance of 1523.28 feet to the most Southwesterly corner of the tract herein described, a set 1/2" rebar and cap impressed LS 5949; THENCE leaving said Northerly Right-of-Way of College Boulevard North 00 degrees 31 minutes 39 seconds East, a distance of 500.89 feet to a set ½" rebar and cap impressed LS 5949; THENCE South 89 degrees 24 minutes 35 seconds West, a distance of 412.17 feet to a set 1/2" rebar and cap impressed LS 5949; THENCE South 89 degrees 21 minutes 38 seconds West, a distance of 443.71 feet to a set 1/2" rebar and cap impressed LS 5949; THENCE North 00 degrees 54 minutes 14 seconds East, a distance of 2103.73 feet to the Northwest corner and point of beginning of the tract herein described.

**DAIRY LAND, CHISUM FARM, HEIFER RANCH and FARM:**

Parcel 1: The NI/2 of Section 14 in Township 13 South of Range 25 East of the New Mexico Principal Meridian in the County of Chaves and State of New Mexico.

Parcel 2: Lots 1, 2, 3, 4, 5 ,6 and 7 of Amanecer En El Campo, a subdivision in the County of Chaves and State of New Mexico, as shown on the Official Plat filed in the Chaves County Clerk's Office on January 15, 1982 and recorded in Book H of Plat Records, at Page 46, EXCEPTING from said Lot 7 that certain tract of land more particularly described in instrument dated May 23, 1947, filed June 10, 1947 and recorded in Book 129 of Deed Records, at Page 509.

Parcel 3: THE El/2SE1/4 of Section 11 in Township 13 South of Range 25 East of the New Mexico Principal Meridian, in the County of Chaves and State of New Mexico, EXCEPTING THEREFROM so much as was platted into Amanecer En El Campo Subdivision, and FURTHER EXCEPTING that certain tract of land more particularly described in Lease Agreement dated January 1, 1947, filed May 21, 1947 and recorded in Book 34 of Miscellaneous Records, at Page 587.

Parcel 4: NWI/4 of Section 14, Township 13 South, Range 25 East of the New Mexico Principal Meridian in the County of Chaves and State of New Mexico.

**WHITE FARM:**
A tract of land being part of the SW1/4NW1/4 and part of the SWI/4 of Section 13, Township 13 South, Range 25 East of the New Mexico Principal Meridian in the County of Chaves and State of New Mexico, being more particularly described as follows:

Beginning at the section corner common to Sections 13, 14, 23 and 24, Township 13 South, Range 25 East, N.M.P.M., thence N 00 degrees 09'12" W along the section line common to said Sections 13 and 14, a distance of 2435.23 feet; thence S 89 degrees 19'42" E a distance of
709.97 feet; thence N 00 degrees 09'01" W a distance of 613.96 feet; thence N 89 degrees 19'19" W a distance of 710.00 feet to a point on the section line common to said Sections 13 and 14; thence N 00 degrees 09'12" W along the section line common to said Sections 13 and 14, a distance of 918.57 feet to the NI/16 corner common to said Sections 13 and 14; thence S 89 degrees 14'50" E along the north line of the SW1/4NW1/4 of said Section 13, a distance of
1323.71 feet to the NWI/16 corner of said Section 13; thence S 00 degrees 11'34" E along the east line of said SW1/4NW1/4, a distance of 1320.82 feet to the C-WI/16 corner of said Section 13; thence S 89 degrees 19'32" E along the east-west 1/4 ine, a distance of 1324.58 feet to the Cl/4 corner of said Section 13; thence S 00 degrees 13'56" E along the north-south 1/4 1 i n e of said Section 13, a distance of 2640.03 feet to the 1/4 corner common to said Sections 13 and 24; thence N 89 degrees 26'20" W along the section line common to said Sections 13 and 24, a distance of 2652.72 feet to the point of beginning.

**DRY LAND:**

SEl/4 of Section 14 in Township 13 South of Range 25 East of the New Mexico Principal Meridian, in the County of Chaves and State of New Mexico

TOGETHER with all appurtenant Water Rights, including those reflected in New Mexico State Engineer File Nos. RA-1337-C; RA-877-C; RA-1279; RA-1279-S-2; RA-1279-S-3; RA-1243-A; RA-705, RA-1355; and RA-1355-A.Dated: April 25, 2016.

Debtor name __**Breedyk Dairy, Ltd. Co.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW MEXICO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Chaves County**
Creditor's Name

**1 St Mary's Pl.**
**Roswell, NM 88203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all real property**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$72,112.00**     Column B: **$6,812,895.00**

---

**2.2  DBS Commodities**
Creditor's Name

**184 E Darby Rd**
**Dexter, NM 88230**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/25/2013**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**all real property; livestock, offspring, proceeds and replacements; equipment; rolling stock; contract rights; accounts; general intangibles; all personal property**

**Describe the lien**
**Third Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1,164,978.00**     Column B: **$11,300,451.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Breedyk Dairy, Ltd. Co.** | Case number (if know) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 | **Hartford Investment Managment Company** | Describe debtor's property that is subject to a lien | $4,442,800.00 | $7,507,851.00 |
|-----|-------------------------------------------|-----------------------------------------------------|----------------|----------------|

Creditor's Name

**c/o Penny D. Dean, Private Real Estate
One Hartford Plaza-NP5
Hartford, CT 06155**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**all real property; accounts receivable; equipment; crops; government payments; farm, milk, and dairy products; inventory; accounts; general intangibles; water rights; trademarks**

Describe the lien
**First Lien**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [ ] No
- [✔] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/17/2008**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | **VFC Partners 25, LLC** | Describe debtor's property that is subject to a lien | $6,960,235.00 | $10,683,745.00 |
|-----|--------------------------|-----------------------------------------------------|----------------|-----------------|

Creditor's Name

**3424 Peachtree Rd. NE
Suite 2200
Atlanta, GA 30326**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**livestock; all real property; equipment; inventory; documents**

Describe the lien
**Second Lien**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- [✔] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**October 2011**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [ ] No
- [✔] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.5 | **VFC Partners 25, LLC** | Describe debtor's property that is subject to a lien | $3,192,123.00 | $7,006,961.00 |
|-----|--------------------------|-----------------------------------------------------|----------------|----------------|

Creditor's Name

**3424 Peachtree Rd. NE
Suite 2200
Atlanta, GA 30326**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**feed; all real property; equipment; inventory; documents**

Describe the lien
**Second Lien**

Is the creditor an insider or related party?
- [✔] No
- [ ] Yes

Creditor's email address, if known

---

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| **October 2010** | ☑ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$15,832,248.00**

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Robert J. Muehlenwheg, Esq.**<br>**316 Osuna Rd. NE**<br>**Unit 201**<br>**Albuquerque, NM 87107** | Line  **2.4** | |
| **Robert J. Muehlenwheg, Esq.**<br>**316 Osuna Rd. NE**<br>**Unit 201**<br>**Albuquerque, NM 87107** | Line  **2.5** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Breedyk Dairy, Ltd. Co.**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | $83,432.00 | $60,000.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2015-3/3/2016**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**943**

Is the claim subject to offset?
■ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**New Mexico Taxation & Revenue Dept.**<br>**Bankruptcy Support**<br>**PO Box 8575**<br>**Albuquerque, NM 87198** | $0.00 | $0.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**notice only**

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Breedyk Dairy, Ltd. Co.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Aaron Breedyk**
**PO Box 2872**
**Roswell, NM 88202**

Date(s) debt was incurred __2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,380.00 |
|---|---|---|---|

**Cartel, Inc.**
**PO Box 534**
**Hagerman, NM 88232**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,234.00 |
|---|---|---|---|

**Cattle Feeds**
**PO Box 8178**
**Roswell, NM 88202**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,459.00 |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred __

Last 4 digits of account number __0816__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,787.00 |
|---|---|---|---|

**Chase**
**PO Box 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred __

Last 4 digits of account number __4622__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,625.00 |
|---|---|---|---|

**Jordan Dairy Service**
**PO Box 236**
**Dexter, NM 88230**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,500.00 |
|---|---|---|---|

**Justin Breedyk**
**7152 Vineyard Rd.**
**Dexter, NM 88230**

Date(s) debt was incurred __2012__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,197.00 |
|---|---|---|---|
| | **Marshall Farms**<br>**548 Shawnee Rd**<br>**Dexter, NM 88230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,504.00 |
|---|---|---|---|
| | **RCMA Farms, LLC**<br>**PO Box 516**<br>**Hagerman, NM 88232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,520.00 |
|---|---|---|---|
| | **Richard Park, DVM**<br>**1133 W Mesa Loop NW**<br>**Los Lunas, NM 87031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617,992.00 |
|---|---|---|---|
| | **Robinson Farms**<br>**181 E Darby**<br>**Dexter, NM 88230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|
| | **Ryan Breedyk**<br>**10321 Crawford Farms Drive**<br>**Fort Worth, TX 76244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2012** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,095.00 |
|---|---|---|---|
| | **Vet Outlet**<br>**PO Box 5609**<br>**Roswell, NM 88202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340,648.00 |
|---|---|---|---|
| | **W-F Farms**<br>**PO Box 580**<br>**Dexter, NM 88230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,322.00** |
|---|---|---|---|

**Wells Fargo Business Direct**
**PO Box 29482**
**Phoenix, AZ 85308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0909**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 83,432.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,652,263.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 1,735,695.00 |

Debtor name **Breedyk Dairy, Ltd. Co.**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Arie Breedyk and Darla Breedyk** | **7150 Vineyard Rd. Dexter, NM 88230** | **Hartford Investment Managment Company** | ☑ D   **2.3** <br> ☐ E/F   _____ <br> ☐ G   _____ |

| Fill in this information to identify the case: |
|---|
| Debtor name    **Breedyk Dairy, Ltd. Co.** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,362,974.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$6,037,011.00** |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other  **Sale of Breakaway Dairy** | **$2,300,000.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other  _____ | **$9,179,470.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **Filing Date** | **Insurance Proceeds** | **$116,500.00** |
| **For year before that:**<br>From  **1/01/2014** to **12/31/2014** | **Insurance Proceeds** | **$15,739.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Hartford Investment Managment Company**<br>c/o Penny D. Dean, Private Real Estate<br>One Hartford Plaza-NP5<br>Hartford, CT 06155 | 1/-/2016;<br>2/-/2016;<br>3/-/2016;<br>4/1/2016 | $174,581.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Trimont Real Estate Advisors, LLC**<br>3424 Peachtree Rd. NE<br>Suite 2200<br>Atlanta, GA 30326 | 1/-/16; 2/-/16 | $60,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **DBS Commodities**<br>184 E Darby Rd<br>Dexter, NM 88230 | 1/22/16;<br>1/28/16;<br>2/23/16;<br>2/29/16;<br>3/23/16;3/29/<br>16; 4/22/16 | $551,130.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Case 16-11218-j11      Doc 1      Filed 05/17/16      Entered 05/17/16 11:25:01 Page 27 of 37

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|--|---------------------------|----------------|------------------------------------|----------------|
| 7.1. | **VFC Partners 25 LLC, v. Breedyk Dairy, et al.**<br>**D-504-CV-2016-00267** | **Collection and Foreclosure** | **Fifth Judicual Dist. Ct., Chavez County**<br>**P.O. Box 1776**<br>**Roswell, NM 88202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|-----------------------------------------------------------|---|---------------|------------------------|
| **storm damage: 3 bulls; 102 cows; 303 calves** | **$116,500** | **12/27/2015-1/20/2016** | **$418,900.00** |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case 16-11218-j11    Doc 1    Filed 05/17/16    Entered 05/17/16 11:25:01 Page 28 of 37

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Moore, Berkson, Bassan & Behles, P.C.** **3800 Osuna Rd. NE, Suite 2** **Albuquerque, NM 87109** | **Attorney Fees (includes fling fee)** | **3/24/16** | **$10,000.00** |
| | Email or website address **mbglaw@swcp.com** | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Lost Pheasant Family, LP** | **d/b/a/ Breakaway Dairy** | **11/16/15** | **$2,300,000.00** |
| | Relationship to debtor **none** | | | |

## Part 7:   Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Breakaway Dairy**<br>**2505 S. Pawhatan**<br>**Roswell, NM 88203** | dairy operation | EIN:    **26-4487471**<br><br>From-To    **8/1/2001-11/15/2015** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Arie Breedyk**<br>**7150 Vineyard Rd.**<br>**Dexter, NM 88230** | **1991-present** |
| 26a.2.  **Frazer, LLP**<br>**2250 W. Main St.**<br>**Visalia, CA 93291** | **1991-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Frazer, LLP**<br>**2250 W. Main St.**<br>**Visalia, CA 93291** | **1991-present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Arie Breedyk**<br>**7150 Vineyard Rd.**<br>**Dexter, NM 88230** | |
| 26c.2.  **Frazer, LLP**<br>**2250 W. Main St.**<br>**Visalia, CA 93291** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Hartford Investment Managment Company**<br>**c/o Penny D. Dean, Private Real Estate**<br>**One Hartford Plaza-NP5**<br>**Hartford, CT 06155** |
| 26d.2.  **VFC/Trimont Real Estate Advisors, LLC**<br>**3424 Peachtree Rd. NE**<br>**Suite 2200**<br>**Atlanta, GA 30326** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Arie Breedyk** | **4/1/16** | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor**<br>**7150 Vineyard Rd.**<br>**Dexter, NM 88230** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arie Breedyk | 7150 Vineyard Rd. Dexter, NM 88230 | managing member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darla Breedyk | 7150 Vineyard Rd. Dexter, NM 88230 | member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 · Arie Breedyk 7150 Vineyard Rd. Dexter, NM 88230 | $28,052 $43,000 $5,700 | 2015 2015 2016 | payroll |
| Relationship to debtor managing member | | | |
| 30.2 · Aaron Breedyk PO Box 2872 Roswell, NM 88202 | $18,500 $18,000 | 2015 2016 | payroll |
| Relationship to debtor assistant manager | | | |
| 30.3 · Justin Breedyk 7152 Vineyard Rd. Dexter, NM 88230 | $25,775 $11,700 | 2015 2016 | payroll |
| Relationship to debtor assistant manager | | | |
| 30.4 · Neil Breedyk 265 E. Shawnee Dexter, NM 88230 | $43,000 $16,125 | 2015 2016 | payroll |
| Relationship to debtor calf raiser | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 17, 2016**

**/s/ Arie Breedyk**                                          **Arie Breedyk**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### District of New Mexico

In re **Breedyk Dairy, Ltd. Co.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arie Breedyk** , managing member, 7150 Vineyard Rd. Dexter, NM 88230 | | 50% ownership interest | |
| **Darla Breedyk**, member, 7150 Vineyard Rd. Dexter, NM 88230 | | 50% ownership interest | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    05 - 16 - 2016

Signature

**Arie Breedyk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Mexico

In re  **Breedyk Dairy, Ltd. Co.**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Breedyk Dairy, Ltd. Co.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

May 17, 2016
Date

/s/ George M. Moore
**George M. Moore 1854**
Signature of Attorney or Litigant
Counsel for   **Breedyk Dairy, Ltd. Co.**
**Moore, Berkson, Bassan & Behles, P.C.**
**3800 Osuna Rd. NE, Suite 2**
**Albuquerque, NM 87109**
**(505)242-1218 Fax:(505)242-2836**
**mbglaw@swcp.com**

# United States Bankruptcy Court
## District of New Mexico

In re **Breedyk Dairy, Ltd. Co.**
Debtor(s)

Case No.

Chapter **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing: $ **6,037,011.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income $ **390,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ **48,500.00** |
| 4. Payroll Taxes | **15,000.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **16,700.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **70,000.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **13,200.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **10,500.00** |
| 14. Vehicle Expenses | **8,000.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **7,000.00** |
| 18. Insurance | **8,987.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **farming** | **4,500.00** |
| **heifer raising** | **20,000.00** |
| **veterinary** | **2,500.00** |
| **DBS Commodities (for feed)** | **150,000.00** |

22. Total Monthly Expenses (Add items 3-21) $ **374,887.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ **15,113.00**