UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

BREEDYK DAIRY, LTD., CO., No. 16-11218-j11

Debtor. Chapter 11

**EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY**

Robinson Farms, Inc. ("Creditor"), by counsel and pursuant to 11 U.S.C. § 362(d), moves the Court for relief from the automatic stay to permit Creditor to exercise all rights and remedies under applicable non-bankruptcy law with respect to certain property of the Debtor. In support of this Motion, Creditor states as follows:

1. On May 17, 2016 (the "Petition Date"), Breedyk Dairy, Ltd., Co. (the "Debtor") commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is operating as a debtor in possession under Chapter 11 of the Bankruptcy Code.

3. This Court has jurisdiction over this proceeding pursuant to 11 U.S.C. §1112 and 28 U.S.C. §§157 and 1331.

4. Venue in this Court is proper pursuant to 28 U.S.C. §1409.

4. On or about May 11, 2016, Creditor provided custom crop harvesting services to Debtor harvesting 2,528.77 adjusted tons of silage (the "Crop") on Breedyk Dairy farms in Chaves County, New Mexico.

5. The Debtor has failed to pay Creditor for the harvesting services.

6. The total amount owed to Creditor by Debtor for the harvesting services is $93,231.84. A copy of the invoice for the harvesting services is attached hereto as <u>Exhibit A</u>.

7. Pursuant to NMSA 1978 § 48-5A-1, Creditor has a lien ("Lien") on the Property which was duly perfected by recording a Claim of Lien in the office of the Clerk of Chaves County, New Mexico, on May 27, 2016 (the "Claim of Lien"). A draft copy of the Claim of Lien is attached hereto as Exhibit B. A copy of the recorded Claim of Lien will be filed with the Court as soon as possible.

8. As of the Petition Date, Debtor was indebted to Creditor in the total amount of $93,231.84 (the "Indebtedness"). The Lien secures payment of the Indebtedness. Creditor may be entitled to recover his attorney's fees, filing fees and costs to prosecute this motion.

9. Upon information and belief, the current value of the Crop is substantially greater than the Indebtedness. The basis for Creditor's estimate of value is Creditor's experience.

10. Upon information and belief, the Debtor is using the Crop for livestock feed, and the Crop is being depleted.

11. Upon information and belief, there are no other perfected liens on the Crop and, in any event, Creditor's lien is first and prior.

12. As of the Petition Date, the Debtor had not made any payments on the Indebtedness, pre- or post-petition.

13. 11 U.S.C. §362(d) provides that relief from the stay shall be granted "for cause, including the lack of adequate protection of an interest in property of such party in interest." 11 U.S.C. § 362(d)(1).

14. As of the date of this Motion, upon information and belief, the Crop is being consumed by the Debtor's livestock, and Creditor's interest in the Crop is not being adequately protected. *See In re Anderson*, 137 B.R. 819, 823 (Bankr. D. Colo. 1992)(recognizing that a creditor's lien on crops was in need of protection because the crops were being consumed by the cattle in the debtor's feedlot operation).

15. Therefore, under 11 U.S.C. §362(d)(1), the automatic stay should be immediately modified to allow Creditor to exercise its state law rights and remedies as to the Crop, including but not limited to, taking possession of the Crop, liquidating the Crop, and applying the proceeds to payment of the Indebtedness.

16. Creditor has requested the concurrence of the Debtor, who does not consent to the relief requested in this Motion.

WHEREFORE, Creditor prays that the Court enter an order: (i) modifying the automatic stay to permit it to exercise its non-bankruptcy law remedies with respect to the Crop, (ii) providing that the order for relief is not to be stayed as provided by F.R. Bankr.P. Rule 4001(a)(3), and (iii) granting such other and further relief as the Court deems just and proper.

WALKER & ASSOCIATES, P.C.

By: _/s submitted electronically 5/27/16_
Thomas D. Walker
500 Marquette N.W., Suite 650
Albuquerque, New Mexico 87102
(505) 766-9272
(505) 766-9287 (fax)
Attorneys for Robinson Farms, Inc.

In accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(2)(E), this certifies that service of the foregoing document was made on this 27th day of May 2016, via the notice transmission facilities of the case management and electronic filing system of the Bankruptcy Court, and mailed by first class, postage prepaid United States mail to:

Breedyk Dairy Ltd., Co.
7150 Vineyard
Dexter, NM 88230

_/s/ filed electronically_
Thomas D. Walker




# ROBINSON FARM'S, INC.

2925 E. Riggs Rd. 8-182
Chandler, AZ 85249
Kevin's Cell: (575) 626-8499
Fax: (480) 802-1482

# STATEMENT

DATE May 23, 2016
NUMBER

TAX ID #85-0428383

№ 1280

Breedyk Dairy
7150 Vineyard Rd
Dexter, NM 88230

$ ______

| TONS | CHARGES AND CREDITS | BALANCE | |
|---|---|---|---|
| | 2016 Spring Harvest — BALANCE FORWARD | | |
| | | | |
| 2528 | Chop Haul Pack 34.00 / Ton | 85,952 | 00 |
| 1371 | Extra Mileage Chesser 8.5 miles | 2914 | 24 |
| 5136 | Silage Inn 65¢ / Ton | 4365 | 60 |
| | | | |
| | | | |
| | | | |
| | | 93,231 | 84 |

Thank you
Kevin

Printed by AOP, Inc. • (575) 624-2700 AOP # 25263

Exhibit A

ROBINSON FARM'S, INC. *Thank You* PAY LAST AMOUNT IN THIS COLUMN

**Robinson Farms, Inc.**
181 E. Darby Road
Dexter, New Mexico 88230
Office:(575) 622-8499 P/U:(575) 626-8499 Fax:(575) 625-0942

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/10/2016 | Breed W | 119957 | WS | 67460 | 39420 | 14.02 | 52.3 | 7.87 | 60 | 472.20 |
| | | Breed W | 119958 | WS | 64960 | 37580 | 13.69 | 52.3 | 7.68 | 60 | 460.80 |
| | | Breed W | 119959 | WS | 66360 | 36180 | 15.09 | 52.3 | 8.47 | 60 | 508.20 |
| | | Breed W | 119960 | WS | 60540 | 35260 | 12.64 | 52.3 | 7.09 | 60 | 425.40 |
| | | Breed W | 119966 | WS | 66320 | 39740 | 13.29 | 52.3 | 7.46 | 60 | 447.60 |
| | | Breed W | 119967 | WS | 63880 | 39580 | 12.15 | 52.3 | 6.82 | 60 | 409.20 |
| | | Breed W | 119968 | WS | 61420 | 37040 | 12.19 | 52.3 | 6.84 | 60 | 410.40 |
| | | Breed W | 119969 | WS | 68760 | 39060 | 14.85 | 52.3 | 8.33 | 60 | 499.80 |
| | | Breed W | 119970 | WS | 64660 | 38520 | 13.07 | 52.3 | 7.34 | 60 | 440.40 |
| | | Breed W | 119971 | WS | 65880 | 39100 | 13.39 | 52.3 | 7.51 | 60 | 450.60 |
| | | Breed W | 119972 | WS | 67340 | 37360 | 14.99 | 52.3 | 8.41 | 60 | 504.60 |
| | | Breed W | 119973 | WS | 62760 | 37300 | 12.73 | 52.3 | 7.14 | 60 | 428.40 |
| | | Breed W | 119974 | WS | 62180 | 37500 | 12.34 | 52.3 | 6.93 | 60 | 415.80 |
| | | Breed W | 119975 | WS | 63420 | 38000 | 12.71 | 52.3 | 7.13 | 60 | 427.80 |
| | | Breed W | 119976 | WS | 59040 | 35900 | 11.57 | 52.3 | 6.49 | 60 | 389.40 |
| | | Breed W | 119977 | WS | 59020 | 35800 | 11.61 | 52.3 | 6.52 | 60 | 391.20 |
| | | Breed W | 119978 | WS | 58480 | 37720 | 10.38 | 52.3 | 5.83 | 60 | 349.80 |
| | | Breed W | 119979 | WS | 61580 | 38760 | 11.41 | 52.3 | 6.40 | 60 | 384.00 |
| | | Breed W | 119980 | WS | 61620 | 38900 | 11.36 | 52.3 | 6.38 | 60 | 382.80 |
| | | Breed W | 119981 | WS | 61900 | 38260 | 11.82 | 52.3 | 6.63 | 60 | 397.80 |





Case 16-11218-j11 Doc 20 Filed 05/27/16 Entered 05/27/16 16:16:30 Page 5 of 20

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/10/2016 | Breed W | 119982 | WS | 62160 | 38920 | 11.62 | 52.3 | 6.52 | 60 | 391.20 |
| | | Breed W | 119983 | WS | 62820 | 38680 | 12.07 | 52.3 | 6.77 | 60 | 406.20 |
| | | Breed W | 119984 | WS | 67940 | 38700 | 14.62 | 52.3 | 8.20 | 60 | 492.00 |
| | | Breed W | 119985 | WS | 64100 | 39640 | 12.23 | 52.3 | 6.86 | 60 | 411.60 |
| | | Breed W | 119986 | WS | 64780 | 38040 | 13.37 | 52.3 | 7.50 | 60 | 450.00 |
| | | Breed W | 119987 | WS | 62640 | 37080 | 12.78 | 52.3 | 7.17 | 60 | 430.20 |
| | | Breed W | 119988 | WS | 67740 | 38180 | 14.78 | 52.3 | 8.29 | 60 | 497.40 |
| | | Breed W | 119989 | WS | 60500 | 38640 | 10.93 | 52.3 | 6.13 | 60 | 367.80 |
| | | Breed W | 119990 | WS | 68540 | 38380 | 15.08 | 52.3 | 8.46 | 60 | 507.60 |
| | | Breed W | 119991 | WS | 56560 | 35260 | 10.65 | 52.3 | 5.98 | 60 | 358.80 |
| | | Breed W | 119992 | WS | 67960 | 38180 | 14.89 | 52.3 | 8.36 | 60 | 501.60 |
| | | Breed W | 119993 | WS | 56440 | 36180 | 10.13 | 52.3 | 5.69 | 60 | 341.40 |
| | | Breed W | 119994 | WS | 60460 | 37580 | 11.44 | 52.3 | 6.42 | 60 | 385.20 |
| Breedyk | 05/11/2016 | Breed W | 119995 | WS | 71300 | 37900 | 16.70 | 53.0 | 9.23 | 60 | 553.80 |
| | | Breed W | 119996 | WS | 70860 | 39060 | 15.90 | 53.0 | 8.79 | 60 | 527.40 |
| | | Breed W | 119998 | WS | 63500 | 39640 | 11.93 | 53.0 | 6.60 | 60 | 396.00 |
| | | Breed W | 119999 | WS | 70480 | 39200 | 15.64 | 53.0 | 8.65 | 60 | 519.00 |
| | | Breed W | 17602 | WS | 68280 | 38000 | 15.14 | 53.0 | 8.37 | 60 | 502.20 |
| | | Breed W | 17604 | WS | 61880 | 39460 | 11.21 | 53.0 | 6.20 | 60 | 372.00 |
| | | Breed W | 17605 | WS | 67340 | 36880 | 15.23 | 53.0 | 8.42 | 60 | 505.20 |
| | | Breed W | 17607 | WS | 58260 | 36940 | 10.66 | 53.0 | 5.89 | 60 | 353.40 |
| | | Breed W | 17609 | WS | 61600 | 38680 | 11.46 | 53.0 | 6.34 | 60 | 380.40 |
| | | Breed W | 17610 | WS | 62140 | 38680 | 11.73 | 53.0 | 6.49 | 60 | 389.40 |
| | | Breed W | 17611 | WS | 62360 | 39840 | 11.26 | 53.0 | 6.23 | 60 | 373.80 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Breed W | 17612 | WS | 60540 | 37380 | 11.58 | 53.0 | 6.40 | 60 | 384.00 |
| | | Breed W | 17614 | WS | 58100 | 37120 | 10.49 | 53.0 | 5.80 | 60 | 348.00 |
| | | Breed W | 17615 | WS | 56240 | 36240 | 10.00 | 53.0 | 5.53 | 60 | 331.80 |
| | | Breed W | 17617 | WS | 52220 | 35920 | 8.15 | 53.0 | 4.51 | 60 | 270.60 |
| | | Breed W | 17621 | WS | 57500 | 38720 | 9.39 | 53.0 | 5.19 | 60 | 311.40 |
| | | Breed W | 17622 | WS | 61060 | 37760 | 11.65 | 53.0 | 6.44 | 60 | 386.40 |
| | | Breed W | 17624 | WS | 63000 | 39180 | 11.91 | 53.0 | 6.59 | 60 | 395.40 |
| | | Breed W | 17626 | WS | 60960 | 38900 | 11.03 | 53.0 | 6.10 | 60 | 366.00 |
| | | Breed W | 17628 | WS | 62720 | 38940 | 11.89 | 53.0 | 6.57 | 60 | 394.20 |
| | | Breed W | 17630 | WS | 61200 | 38140 | 11.53 | 53.0 | 6.38 | 60 | 382.80 |
| | | Breed W | 17632 | WS | 60600 | 37700 | 11.45 | 53.0 | 6.33 | 60 | 379.80 |
| | | Breed W | 17635 | WS | 62840 | 38580 | 12.13 | 53.0 | 6.71 | 60 | 402.60 |
| | | Breed W | 17637 | WS | 52200 | 35200 | 8.50 | 53.0 | 4.70 | 60 | 282.00 |
| | | Breed W | 17638 | WS | 60280 | 38880 | 10.70 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17641 | WS | 56800 | 36100 | 10.35 | 53.0 | 5.72 | 60 | 343.20 |
| | | Breed W | 17643 | WS | 59580 | 38260 | 10.66 | 53.0 | 5.89 | 60 | 353.40 |
| | | Breed W | 17645 | WS | 58420 | 38400 | 10.01 | 53.0 | 5.53 | 60 | 331.80 |
| | | Breed W | 17646 | WS | 61260 | 39840 | 10.71 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17648 | WS | 62500 | 37880 | 12.31 | 53.0 | 6.81 | 60 | 408.60 |
| | | Breed W | 17650 | WS | 61040 | 37900 | 11.57 | 53.0 | 6.40 | 60 | 384.00 |
| | | Breed W | 17651 | WS | 64060 | 38680 | 12.69 | 53.0 | 7.02 | 60 | 421.20 |
| | | Breed W | 17653 | WS | 58000 | 36940 | 10.53 | 53.0 | 5.82 | 60 | 349.20 |
| | | Breed W | 17655 | WS | 60540 | 38680 | 10.93 | 53.0 | 6.04 | 60 | 362.40 |
| | | Breed W | 17657 | WS | 63200 | 39200 | 12.00 | 53.0 | 6.64 | 60 | 398.40 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Breed W | 17658 | WS | 60860 | 39460 | 10.70 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17659 | WS | 63780 | 36880 | 13.45 | 53.0 | 7.44 | 60 | 446.40 |
| | | Breed W | 17660 | WS | 65000 | 38000 | 13.50 | 53.0 | 7.46 | 60 | 447.60 |
| | | Breed W | 17662 | WS | 58280 | 36240 | 11.02 | 53.0 | 6.09 | 60 | 365.40 |
| | | Breed W | 17663 | WS | 61860 | 37380 | 12.24 | 53.0 | 6.77 | 60 | 406.20 |
| | | Breed W | 17664 | WS | 61820 | 37120 | 12.35 | 53.0 | 6.83 | 60 | 409.80 |
| | | Breed W | 17665 | WS | 60240 | 38720 | 10.76 | 53.0 | 5.95 | 60 | 357.00 |
| | | Breed W | 17666 | WS | 67980 | 39640 | 14.17 | 53.0 | 7.84 | 60 | 470.40 |
| | | Breed W | 17667 | WS | 63240 | 38940 | 12.15 | 53.0 | 6.72 | 60 | 403.20 |
| | | Breed W | 17668 | WS | 58060 | 37760 | 10.15 | 53.0 | 5.61 | 60 | 336.60 |
| | | Breed W | 17669 | WS | 63220 | 38900 | 12.16 | 53.0 | 6.72 | 60 | 403.20 |
| | | Breed W | 17670 | WS | 64500 | 35920 | 14.29 | 53.0 | 7.90 | 60 | 474.00 |
| | | Breed W | 17671 | WS | 62860 | 39180 | 11.84 | 53.0 | 6.55 | 60 | 393.00 |
| | | Breed W | 17672 | WS | 67540 | 38140 | 14.70 | 53.0 | 8.13 | 60 | 487.80 |
| | | Breed W | 17673 | WS | 59380 | 37700 | 10.84 | 53.0 | 5.99 | 60 | 359.40 |
| | Total | Breed W | 83 tickets | | 5181700.00 | 3155240.00 | 1013.23 | | 563.71 | 33822.60 | 33822.60 |
| Breedyk | 05/11/2016 | Mike | 17674 | WS | 69800 | 38580 | 15.61 | 63.8 | 6.65 | 60 | 399.00 |
| | | Mike | 17675 | WS | 77060 | 37880 | 19.59 | 63.8 | 8.34 | 60 | 500.40 |
| | | Mike | 17676 | WS | 60840 | 35200 | 12.82 | 63.8 | 5.46 | 60 | 327.60 |
| | | Mike | 17677 | WS | 82740 | 39200 | 21.77 | 63.8 | 9.27 | 60 | 556.20 |
| | | Mike | 17678 | WS | 78400 | 38400 | 20.00 | 63.8 | 8.52 | 60 | 511.20 |
| | | Mike | 17679 | WS | 74460 | 37600 | 18.43 | 63.8 | 7.85 | 60 | 471.00 |
| | | Mike | 17680 | WS | 80260 | 38260 | 21.00 | 63.8 | 8.94 | 60 | 536.40 |
| | | Mike | 17681 | WS | 78500 | 38880 | 19.81 | 63.8 | 8.44 | 60 | 506.40 |



Case 16-11218-j11 Doc 20 Filed 05/27/16 Entered 05/27/16 16:16:30 Page 8 of 20

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17682 | WS | 70520 | 36100 | 17.21 | 63.8 | 7.33 | 60 | 439.80 |
| | | Mike | 17683 | WS | 76900 | 39060 | 18.92 | 63.8 | 8.06 | 60 | 483.60 |
| | | Mike | 17684 | WS | 80280 | 39460 | 20.41 | 63.8 | 8.69 | 60 | 521.40 |
| | | Mike | 17685 | WS | 84720 | 39200 | 22.76 | 63.8 | 9.69 | 60 | 581.40 |
| | | Mike | 17686 | WS | 80220 | 37880 | 21.17 | 63.8 | 9.02 | 60 | 541.20 |
| | | Mike | 17687 | WS | 75160 | 38000 | 18.58 | 63.8 | 7.91 | 60 | 474.60 |
| | | Mike | 17688 | WS | 70300 | 36880 | 16.71 | 63.8 | 7.12 | 60 | 427.20 |
| | | Mike | 17689 | WS | 83940 | 38380 | 22.78 | 63.8 | 9.70 | 60 | 582.00 |
| | | Mike | 17690 | WS | 74160 | 37600 | 18.28 | 63.8 | 7.79 | 60 | 467.40 |
| | | Mike | 17691 | WS | 78820 | 38400 | 20.21 | 63.8 | 8.61 | 60 | 516.60 |
| | | Mike | 17692 | WS | 79160 | 38260 | 20.45 | 63.8 | 8.71 | 60 | 522.60 |
| | | Mike | 17693 | WS | 81800 | 39640 | 21.08 | 63.8 | 8.98 | 60 | 538.80 |
| | | Mike | 17694 | WS | 73960 | 38680 | 17.64 | 63.8 | 7.51 | 60 | 450.60 |
| | | Mike | 17695 | WS | 80120 | 38880 | 20.62 | 63.8 | 8.78 | 60 | 526.80 |
| | | Mike | 17696 | WS | 68840 | 36100 | 16.37 | 63.8 | 6.97 | 60 | 418.20 |
| | | Mike | 17697 | WS | 66080 | 35200 | 15.44 | 63.8 | 6.58 | 60 | 394.80 |
| | | Mike | 17698 | WS | 79120 | 39060 | 20.03 | 63.8 | 8.53 | 60 | 511.80 |
| | | Mike | 17699 | WS | 86700 | 39340 | 23.68 | 63.8 | 10.08 | 60 | 604.80 |
| | | Mike | 17700 | WS | 88480 | 37700 | 25.39 | 63.8 | 10.81 | 60 | 648.60 |
| | | Mike | 17701 | WS | 81180 | 35920 | 22.63 | 63.8 | 9.64 | 60 | 578.40 |
| | | Mike | 17702 | WS | 78580 | 37380 | 20.60 | 63.8 | 8.77 | 60 | 526.20 |
| | | Mike | 17703 | WS | 75300 | 38720 | 18.29 | 63.8 | 7.79 | 60 | 467.40 |
| | | Mike | 17704 | WS | 73340 | 37380 | 17.98 | 63.8 | 7.66 | 60 | 459.60 |
| | | Mike | 17705 | WS | 80740 | 38580 | 21.08 | 63.8 | 8.98 | 60 | 538.80 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17706 | WS | 81300 | 38140 | 21.58 | 63.8 | 9.19 | 60 | 551.40 |
| | | Mike | 17707 | WS | 74540 | 37760 | 18.39 | 63.8 | 7.83 | 60 | 469.80 |
| | | Mike | 17708 | WS | 78360 | 38900 | 19.73 | 63.8 | 8.40 | 60 | 504.00 |
| | | Mike | 17709 | WS | 85220 | 38940 | 23.14 | 63.8 | 9.85 | 60 | 591.00 |
| | | Mike | 17710 | WS | 72660 | 36240 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17711 | WS | 76980 | 39180 | 18.90 | 63.8 | 8.05 | 60 | 483.00 |
| | | Mike | 17712 | WS | 80100 | 37120 | 21.49 | 63.8 | 9.15 | 60 | 549.00 |
| | | Mike | 17713 | WS | 71360 | 38900 | 16.23 | 63.8 | 6.91 | 60 | 414.60 |
| | | Mike | 17714 | WS | 72400 | 36240 | 18.08 | 63.8 | 7.70 | 60 | 462.00 |
| | | Mike | 17715 | WS | 72380 | 38000 | 17.19 | 63.8 | 7.32 | 60 | 439.20 |
| | | Mike | 17716 | WS | 79840 | 38140 | 20.85 | 63.8 | 8.88 | 60 | 532.80 |
| | | Mike | 17717 | WS | 84680 | 37120 | 23.78 | 63.8 | 10.13 | 60 | 607.80 |
| | | Mike | 17718 | WS | 82680 | 39180 | 21.75 | 63.8 | 9.26 | 60 | 555.60 |
| | | Mike | 17719 | WS | 80140 | 38380 | 20.88 | 63.8 | 8.89 | 60 | 533.40 |
| | | Mike | 17720 | WS | 80280 | 35920 | 22.18 | 63.8 | 9.45 | 60 | 567.00 |
| | | Mike | 17721 | WS | 82860 | 38680 | 22.09 | 63.8 | 9.41 | 60 | 564.60 |
| | | Mike | 17722 | WS | 78760 | 38000 | 20.38 | 63.8 | 8.68 | 60 | 520.80 |
| | | Mike | 17723 | WS | 74260 | 36880 | 18.69 | 63.8 | 7.96 | 60 | 477.60 |
| | | Mike | 17724 | WS | 83860 | 39460 | 22.20 | 63.8 | 9.45 | 60 | 567.00 |
| | | Mike | 17725 | WS | 82280 | 37380 | 22.45 | 63.8 | 9.56 | 60 | 573.60 |
| | | Mike | 17726 | WS | 76500 | 38720 | 18.89 | 63.8 | 8.04 | 60 | 482.40 |
| | | Mike | 17727 | WS | 79220 | 37380 | 20.92 | 63.8 | 8.91 | 60 | 534.60 |
| | | Mike | 17728 | WS | 78340 | 39640 | 19.35 | 63.8 | 8.24 | 60 | 494.40 |
| | | Mike | 17729 | WS | 77480 | 39340 | 19.07 | 63.8 | 8.12 | 60 | 487.20 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17743 | WS | 77980 | 38580 | 19.70 | 63.8 | 8.39 | 60 | 503.40 |
| | | Mike | 17744 | WS | 77700 | 37760 | 19.97 | 63.8 | 8.50 | 60 | 510.00 |
| | | Mike | 17761 | WS | 69760 | 37700 | 16.03 | 63.8 | 6.83 | 60 | 409.80 |
| | | Mike | 17762 | WS | 72080 | 39060 | 16.51 | 63.8 | 7.03 | 60 | 421.80 |
| | | Mike | 17763 | WS | 75740 | 39200 | 18.27 | 63.8 | 7.78 | 60 | 466.80 |
| | | Mike | 17764 | WS | 81260 | 38260 | 21.50 | 63.8 | 9.16 | 60 | 549.60 |
| | | Mike | 17765 | WS | 70880 | 38400 | 16.24 | 63.8 | 6.92 | 60 | 415.20 |
| | | Mike | 17766 | WS | 62040 | 36100 | 12.97 | 63.8 | 5.52 | 60 | 331.20 |
| | | Mike | 17767 | WS | 82880 | 38880 | 22.00 | 63.8 | 9.37 | 60 | 562.20 |
| | | Mike | 17768 | WS | 66740 | 35200 | 15.77 | 63.8 | 6.72 | 60 | 403.20 |
| | | Mike | 17769 | WS | 82120 | 37880 | 22.12 | 63.8 | 9.42 | 60 | 565.20 |
| | | Mike | 17770 | WS | 78060 | 36880 | 20.59 | 63.8 | 8.77 | 60 | 526.20 |
| | | Mike | 17771 | WS | 73660 | 38380 | 17.64 | 63.8 | 7.51 | 60 | 450.60 |
| | | Mike | 17772 | WS | 75240 | 39460 | 17.89 | 63.8 | 7.62 | 60 | 457.20 |
| | | Mike | 17773 | WS | 75880 | 37380 | 19.25 | 63.8 | 8.20 | 60 | 492.00 |
| | | Mike | 17774 | WS | 80740 | 39340 | 20.70 | 63.8 | 8.82 | 60 | 529.20 |
| | | Mike | 17775 | WS | 72200 | 38680 | 16.76 | 63.8 | 7.14 | 60 | 428.40 |
| | | Mike | 17776 | WS | 63840 | 39640 | 12.10 | 63.8 | 5.15 | 60 | 309.00 |
| | | Mike | 17777 | WS | 71240 | 37380 | 16.93 | 63.8 | 7.21 | 60 | 432.60 |
| | | Mike | 17778 | WS | 73380 | 38720 | 17.33 | 63.8 | 7.38 | 60 | 442.80 |
| | | Mike | 17779 | WS | 73660 | 35920 | 18.87 | 63.8 | 8.04 | 60 | 482.40 |
| | | Mike | 17780 | WS | 75600 | 39180 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17781 | WS | 72680 | 38940 | 16.87 | 63.8 | 7.18 | 60 | 430.80 |
| | | Mike | 17782 | WS | 75260 | 37120 | 19.07 | 63.8 | 8.12 | 60 | 487.20 |



Case 16-11218-j11 Doc 20 Filed 05/27/16 Entered 05/27/16 16:16:30 Page 11 of 20

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17783 | WS | 65880 | 36240 | 14.82 | 63.8 | 6.31 | 60 | 378.60 |
| | | Mike | 17784 | WS | 76080 | 38140 | 18.97 | 63.8 | 8.08 | 60 | 484.80 |
| | | Mike | 17785 | WS | 74900 | 38580 | 18.16 | 63.8 | 7.73 | 60 | 463.80 |
| | | Mike | 17786 | WS | 73320 | 37700 | 17.81 | 63.8 | 7.59 | 60 | 455.40 |
| | | Mike | 17787 | WS | 78860 | 38000 | 20.43 | 63.8 | 8.70 | 60 | 522.00 |
| | | Mike | 17788 | WS | 75480 | 39060 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17789 | WS | 81520 | 38900 | 21.31 | 63.8 | 9.08 | 60 | 544.80 |
| | | Mike | 17790 | WS | 63960 | 36100 | 13.93 | 63.8 | 5.93 | 60 | 355.80 |
| | | Mike | 17791 | WS | 77420 | 37760 | 19.83 | 63.8 | 8.45 | 60 | 507.00 |
| | | Mike | 17792 | WS | 64980 | 35200 | 14.89 | 63.8 | 6.34 | 60 | 380.40 |
| | | Mike | 17793 | WS | 72500 | 38260 | 17.12 | 63.8 | 7.29 | 60 | 437.40 |
| | | Mike | 17794 | WS | 70180 | 38880 | 15.65 | 63.8 | 6.67 | 60 | 400.20 |
| | Total | Mike | 92 tickets | | 7012660.00 | 3496300.00 | 1758.18 | | 748.79 | 44927.40 | 44927.40 |
| Breedyk | 05/11/2016 | Side Rolls | 17730 | WS | 78920 | 38940 | 19.99 | 62.0 | 8.94 | 60 | 536.40 |
| | | Side Rolls | 17731 | WS | 80720 | 38140 | 21.29 | 62.0 | 9.52 | 60 | 571.20 |
| | | Side Rolls | 17732 | WS | 68920 | 36240 | 16.34 | 62.0 | 7.30 | 60 | 438.00 |
| | | Side Rolls | 17733 | WS | 80340 | 37760 | 21.29 | 62.0 | 9.52 | 60 | 571.20 |
| | | Side Rolls | 17734 | WS | 74540 | 38900 | 17.82 | 62.0 | 7.97 | 60 | 478.20 |
| | | Side Rolls | 17735 | WS | 63620 | 35200 | 14.21 | 62.0 | 6.35 | 60 | 381.00 |
| | | Side Rolls | 17736 | WS | 72080 | 37700 | 17.19 | 62.0 | 7.68 | 60 | 460.80 |
| | | Side Rolls | 17737 | WS | 84360 | 38580 | 22.89 | 62.0 | 10.23 | 60 | 613.80 |
| | | Side Rolls | 17738 | WS | 79980 | 39060 | 20.46 | 62.0 | 9.15 | 60 | 549.00 |
| | | Side Rolls | 17739 | WS | 77600 | 38880 | 19.36 | 62.0 | 8.66 | 60 | 519.60 |
| | | Side Rolls | 17740 | WS | 69100 | 36100 | 16.50 | 62.0 | 7.38 | 60 | 442.80 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Side Rolls | 17741 | WS | 78980 | 38260 | 20.36 | 62.0 | 9.10 | 60 | 546.00 |
| | | Side Rolls | 17742 | WS | 86860 | 37120 | 24.87 | 62.0 | 11.12 | 60 | 667.20 |
| | | Side Rolls | 17745 | WS | 76920 | 38400 | 19.26 | 62.0 | 8.61 | 60 | 516.60 |
| | | Side Rolls | 17746 | WS | 85940 | 39200 | 23.37 | 62.0 | 10.45 | 60 | 627.00 |
| | | Side Rolls | 17747 | WS | 79180 | 37880 | 20.65 | 62.0 | 9.23 | 60 | 553.80 |
| | | Side Rolls | 17748 | WS | 82920 | 38680 | 22.12 | 62.0 | 9.89 | 60 | 593.40 |
| | | Side Rolls | 17749 | WS | 72800 | 36880 | 17.96 | 62.0 | 8.03 | 60 | 481.80 |
| | | Side Rolls | 17750 | WS | 79740 | 39460 | 20.14 | 62.0 | 9.00 | 60 | 540.00 |
| | | Side Rolls | 17751 | WS | 84320 | 39840 | 22.24 | 62.0 | 9.94 | 60 | 596.40 |
| | | Side Rolls | 17752 | WS | 81880 | 38680 | 21.60 | 62.0 | 9.66 | 60 | 579.60 |
| | | Side Rolls | 17753 | WS | 78720 | 37380 | 20.67 | 62.0 | 9.24 | 60 | 554.40 |
| | | Side Rolls | 17754 | WS | 71460 | 39640 | 15.91 | 62.0 | 7.11 | 60 | 426.60 |
| | | Side Rolls | 17755 | WS | 80820 | 38720 | 21.05 | 62.0 | 9.41 | 60 | 564.60 |
| | | Side Rolls | 17756 | WS | 79440 | 37380 | 21.03 | 62.0 | 9.40 | 60 | 564.00 |
| | | Side Rolls | 17757 | WS | 81700 | 39180 | 21.26 | 62.0 | 9.50 | 60 | 570.00 |
| | | Side Rolls | 17758 | WS | 75940 | 35920 | 20.01 | 62.0 | 8.95 | 60 | 537.00 |
| | | Side Rolls | 17759 | WS | 83720 | 38940 | 22.39 | 62.0 | 10.01 | 60 | 600.60 |
| Breedyk | 05/12/2016 | Side Rolls | 17402 | WS | 73780 | 37880 | 17.95 | 54.5 | 9.61 | 60 | 576.60 |
| | | Side Rolls | 17404 | WS | 69140 | 37900 | 15.62 | 54.5 | 8.36 | 60 | 501.60 |
| | | Side Rolls | 17406 | WS | 77240 | 40240 | 18.50 | 54.5 | 9.90 | 60 | 594.00 |
| | | Side Rolls | 17407 | WS | 74940 | 40020 | 17.46 | 54.5 | 9.35 | 60 | 561.00 |
| | | Side Rolls | 17409 | WS | 67260 | 37060 | 15.10 | 54.5 | 8.08 | 60 | 484.80 |
| | | Side Rolls | 17411 | WS | 70040 | 38360 | 15.84 | 54.5 | 8.48 | 60 | 508.80 |
| | | Side Rolls | 17412 | WS | 70540 | 38600 | 15.97 | 54.5 | 8.55 | 60 | 513.00 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Side Rolls | 17413 | WS | 65220 | 38800 | 13.21 | 54.5 | 7.07 | 60 | 424.20 |
| | | Side Rolls | 17415 | WS | 68640 | 36100 | 16.27 | 54.5 | 8.71 | 60 | 522.60 |
| | | Side Rolls | 17417 | WS | 68640 | 38600 | 15.02 | 54.5 | 8.04 | 60 | 482.40 |
| | | Side Rolls | 17418 | WS | 66280 | 36920 | 14.68 | 54.5 | 7.86 | 60 | 471.60 |
| | | Side Rolls | 17419 | WS | 69020 | 38040 | 15.49 | 54.5 | 8.29 | 60 | 497.40 |
| | | Side Rolls | 17421 | WS | 66500 | 37640 | 14.43 | 54.5 | 7.72 | 60 | 463.20 |
| | | Side Rolls | 17423 | WS | 72120 | 38760 | 16.68 | 54.5 | 8.93 | 60 | 535.80 |
| | | Side Rolls | 17424 | WS | 64320 | 35820 | 14.25 | 54.5 | 7.63 | 60 | 457.80 |
| | | Side Rolls | 17426 | WS | 66020 | 38540 | 13.74 | 54.5 | 7.35 | 60 | 441.00 |
| | | Side Rolls | 17427 | WS | 69080 | 39520 | 14.78 | 54.5 | 7.91 | 60 | 474.60 |
| | | Side Rolls | 17429 | WS | 69580 | 38100 | 15.74 | 54.5 | 8.43 | 60 | 505.80 |
| | | Side Rolls | 17431 | WS | 71580 | 37640 | 16.97 | 54.5 | 9.08 | 60 | 544.80 |
| | | Side Rolls | 17432 | WS | 71000 | 38300 | 16.35 | 54.5 | 8.75 | 60 | 525.00 |
| | | Side Rolls | 17437 | WS | 65500 | 38800 | 13.35 | 54.5 | 7.15 | 60 | 429.00 |
| | | Side Rolls | 17441 | WS | 65440 | 38800 | 13.32 | 54.5 | 7.13 | 60 | 427.80 |
| | | Side Rolls | 17443 | WS | 62820 | 35100 | 13.86 | 54.5 | 7.42 | 60 | 445.20 |
| | | Side Rolls | 17444 | WS | 38940 | 37500 | 0.72 | 54.5 | 0.39 | 60 | 23.40 |
| | | Side Rolls | 17445 | WS | 63980 | 36000 | 13.99 | 54.5 | 7.49 | 60 | 449.40 |
| | | Side Rolls | 17795 | WS | 74740 | 39140 | 17.80 | 54.5 | 9.53 | 60 | 571.80 |
| | | Side Rolls | 17796 | WS | 69460 | 39460 | 15.00 | 54.5 | 8.03 | 60 | 481.80 |
| | | Side Rolls | 17797 | WS | 67980 | 38560 | 14.71 | 54.5 | 7.87 | 60 | 472.20 |
| | | Side Rolls | 17799 | WS | 67600 | 39040 | 14.28 | 54.5 | 7.64 | 60 | 458.40 |
| | Total | Side Rolls | 57 tickets | | 4158920.00 | 2172300.00 | 993.31 | | 482.10 | 28926.00 | 28926.00 |
| | **Total** | **Breedyk** | **232 tickets** | | **16353280.00** | **8823840.00** | **3764.72** | | **1794.60** | **107676.00** | **107676.00** |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119808 | WS | 78920 | 38520 | 20.20 | 54.5 | 10.81 | 60 | 648.60 |
| | | Pivot | 119809 | WS | 78420 | 37040 | 20.69 | 54.5 | 11.08 | 60 | 664.80 |
| | | Pivot | 119810 | WS | 65660 | 38000 | 13.83 | 54.5 | 7.40 | 60 | 444.00 |
| | | Pivot | 119811 | WS | 72580 | 37300 | 17.64 | 54.5 | 9.44 | 60 | 566.40 |
| | | Pivot | 119814 | WS | 74800 | 39740 | 17.53 | 54.5 | 9.38 | 60 | 562.80 |
| | | Pivot | 119817 | WS | 58880 | 35900 | 11.49 | 54.5 | 6.15 | 60 | 369.00 |
| | | Pivot | 119818 | WS | 74960 | 38520 | 18.22 | 54.5 | 9.75 | 60 | 585.00 |
| | | Pivot | 119820 | WS | 67860 | 38680 | 14.59 | 54.5 | 7.81 | 60 | 468.60 |
| | | Pivot | 119823 | WS | 71620 | 38380 | 16.62 | 54.5 | 8.90 | 60 | 534.00 |
| | | Pivot | 119824 | WS | 67080 | 37500 | 14.79 | 54.5 | 7.92 | 60 | 475.20 |
| | | Pivot | 119826 | WS | 74960 | 38260 | 18.35 | 54.5 | 9.82 | 60 | 589.20 |
| | | Pivot | 119828 | WS | 74760 | 39640 | 17.56 | 54.5 | 9.40 | 60 | 564.00 |
| | | Pivot | 119830 | WS | 69520 | 37080 | 16.22 | 54.5 | 8.68 | 60 | 520.80 |
| | | Pivot | 119833 | WS | 70880 | 35800 | 17.54 | 54.5 | 9.39 | 60 | 563.40 |
| | | Pivot | 119835 | WS | 72640 | 38920 | 16.86 | 54.5 | 9.03 | 60 | 541.80 |
| | | Pivot | 119883 | WS | 62980 | 37080 | 12.95 | 54.5 | 6.93 | 60 | 415.80 |
| | | Pivot | 119884 | WS | 69940 | 39580 | 15.18 | 54.5 | 8.13 | 60 | 487.80 |
| | | Pivot | 119885 | WS | 74860 | 39420 | 17.72 | 54.5 | 9.49 | 60 | 569.40 |
| | | Pivot | 119886 | WS | 75840 | 39640 | 18.10 | 54.5 | 9.69 | 60 | 581.40 |
| | | Pivot | 119887 | WS | 73760 | 38900 | 17.43 | 54.5 | 9.33 | 60 | 559.80 |
| | | Pivot | 119888 | WS | 67260 | 38760 | 14.25 | 54.5 | 7.63 | 60 | 457.80 |
| | | Pivot | 119891 | WS | 62740 | 36180 | 13.28 | 54.5 | 7.11 | 60 | 426.60 |
| | | Pivot | 119893 | WS | 69020 | 37360 | 15.83 | 54.5 | 8.47 | 60 | 508.20 |
| | | Pivot | 119894 | WS | 75620 | 38640 | 18.49 | 54.5 | 9.90 | 60 | 594.00 |

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119896 | WS | 77220 | 39420 | 18.90 | 54.5 | 10.12 | 60 | 607.20 |
| | | Pivot | 119897 | WS | 72820 | 37720 | 17.55 | 54.5 | 9.39 | 60 | 563.40 |
| | | Pivot | 119900 | WS | 64320 | 35260 | 14.53 | 54.5 | 7.78 | 60 | 466.80 |
| | | Pivot | 119902 | WS | 80000 | 39100 | 20.45 | 54.5 | 10.95 | 60 | 657.00 |
| | | Pivot | 119905 | WS | 72560 | 37580 | 17.49 | 54.5 | 9.36 | 60 | 561.60 |
| | | Pivot | 119907 | WS | 74840 | 38180 | 18.33 | 54.5 | 9.81 | 60 | 588.60 |
| | | Pivot | 119908 | WS | 81200 | 38700 | 21.25 | 54.5 | 11.38 | 60 | 682.80 |
| | | Pivot | 119910 | WS | 78480 | 39060 | 19.71 | 54.5 | 10.55 | 60 | 633.00 |
| | | Pivot | 119911 | WS | 75980 | 38040 | 18.97 | 54.5 | 10.15 | 60 | 609.00 |
| | | Pivot | 119916 | WS | 76280 | 38000 | 19.14 | 54.5 | 10.25 | 60 | 615.00 |
| | | Pivot | 119917 | WS | 70760 | 39580 | 15.59 | 54.5 | 8.35 | 60 | 501.00 |
| | | Pivot | 119918 | WS | 71860 | 37040 | 17.41 | 54.5 | 9.32 | 60 | 559.20 |
| | | Pivot | 119919 | WS | 68880 | 38920 | 14.98 | 54.5 | 8.02 | 60 | 481.20 |
| | | Pivot | 119920 | WS | 70760 | 35800 | 17.48 | 54.5 | 9.36 | 60 | 561.60 |
| | | Pivot | 119921 | WS | 68500 | 37500 | 15.50 | 54.5 | 8.30 | 60 | 498.00 |
| | | Pivot | 119922 | WS | 72720 | 39740 | 16.49 | 54.5 | 8.83 | 60 | 529.80 |
| | | Pivot | 119923 | WS | 70300 | 35900 | 17.20 | 54.5 | 9.21 | 60 | 552.60 |
| | | Pivot | 119924 | WS | 73200 | 37300 | 17.95 | 54.5 | 9.61 | 60 | 576.60 |
| | | Pivot | 119925 | WS | 72700 | 38380 | 17.16 | 54.5 | 9.19 | 60 | 551.40 |
| | | Pivot | 119926 | WS | 65340 | 38260 | 13.54 | 54.5 | 7.25 | 60 | 435.00 |
| | | Pivot | 119927 | WS | 70240 | 38680 | 15.78 | 54.5 | 8.45 | 60 | 507.00 |
| | | Pivot | 119928 | WS | 72560 | 38760 | 16.90 | 54.5 | 9.05 | 60 | 543.00 |
| | | Pivot | 119929 | WS | 68720 | 38900 | 14.91 | 54.5 | 7.98 | 60 | 478.80 |
| | | Pivot | 119930 | WS | 76280 | 39420 | 18.43 | 54.5 | 9.87 | 60 | 592.20 |



Case 16-11218-j11 Doc 20 Filed 05/27/16 Entered 05/27/16 16:16:30 Page 16 of 20

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119931 | WS | 73600 | 38640 | 17.48 | 54.5 | 9.36 | 60 | 561.60 |
| | | Pivot | 119932 | WS | 74880 | 37720 | 18.58 | 54.5 | 9.95 | 60 | 597.00 |
| | | Pivot | 119933 | WS | 81600 | 37580 | 22.01 | 54.5 | 11.78 | 60 | 706.80 |
| | | Pivot | 119934 | WS | 61460 | 35260 | 13.10 | 54.5 | 7.01 | 60 | 420.60 |
| | | Pivot | 119935 | WS | 67840 | 36180 | 15.83 | 54.5 | 8.47 | 60 | 508.20 |
| | | Pivot | 119936 | WS | 77500 | 38180 | 19.66 | 54.5 | 10.52 | 60 | 631.20 |
| | | Pivot | 119937 | WS | 78000 | 39100 | 19.45 | 54.5 | 10.41 | 60 | 624.60 |
| | | Pivot | 119938 | WS | 79740 | 37360 | 21.19 | 54.5 | 11.34 | 60 | 680.40 |
| | | Pivot | 119939 | WS | 76660 | 38040 | 19.31 | 54.5 | 10.34 | 60 | 620.40 |
| | | Pivot | 119940 | WS | 66840 | 37080 | 14.88 | 54.5 | 7.97 | 60 | 478.20 |
| | | Pivot | 119941 | WS | 73700 | 37040 | 18.33 | 54.5 | 9.81 | 60 | 588.60 |
| | | Pivot | 119942 | WS | 78560 | 38000 | 20.28 | 54.5 | 10.86 | 60 | 651.60 |
| | | Pivot | 119943 | WS | 76000 | 38520 | 18.74 | 54.5 | 10.03 | 60 | 601.80 |
| | | Pivot | 119944 | WS | 76420 | 39060 | 18.68 | 54.5 | 10.00 | 60 | 600.00 |
| | | Pivot | 119945 | WS | 80240 | 38700 | 20.77 | 54.5 | 11.12 | 60 | 667.20 |
| | | Pivot | 119946 | WS | 76480 | 39640 | 18.42 | 54.5 | 9.86 | 60 | 591.60 |
| | | Pivot | 119947 | WS | 69500 | 39580 | 14.96 | 54.5 | 8.01 | 60 | 480.60 |
| | | Pivot | 119948 | WS | 81420 | 39740 | 20.84 | 54.5 | 11.16 | 60 | 669.60 |
| | | Pivot | 119949 | WS | 76380 | 37300 | 19.54 | 54.5 | 10.46 | 60 | 627.60 |
| | | Pivot | 119950 | WS | 77500 | 37500 | 20.00 | 54.5 | 10.71 | 60 | 642.60 |
| | | Pivot | 119951 | WS | 76740 | 38760 | 18.99 | 54.5 | 10.17 | 60 | 610.20 |
| | | Pivot | 119952 | WS | 76020 | 35900 | 20.06 | 54.5 | 10.74 | 60 | 644.40 |
| | | Pivot | 119953 | WS | 75940 | 38680 | 18.63 | 54.5 | 9.97 | 60 | 598.20 |
| | | Pivot | 119954 | WS | 76020 | 38260 | 18.88 | 54.5 | 10.11 | 60 | 606.60 |

Case 16-11218-j11 Doc 20 Filed 05/27/16 Entered 05/27/16 16:16:30 Page 18 of 20

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119955 | WS | 68160 | 35800 | 16.18 | 54.5 | 8.66 | 60 | 519.60 |
| | | Pivot | 119956 | WS | 71960 | 38920 | 16.52 | 54.5 | 8.84 | 60 | 530.40 |
| | | Pivot | 119961 | WS | 50000 | 36180 | 6.91 | 54.5 | 3.70 | 60 | 222.00 |
| | | Pivot | 119962 | WS | 69300 | 38640 | 15.33 | 54.5 | 8.21 | 60 | 492.60 |
| | | Pivot | 119963 | WS | 78340 | 38380 | 19.98 | 54.5 | 10.70 | 60 | 642.00 |
| | | Pivot | 119964 | WS | 71980 | 37720 | 17.13 | 54.5 | 9.17 | 60 | 550.20 |
| | | Pivot | 119965 | WS | 78360 | 38900 | 19.73 | 54.5 | 10.56 | 60 | 633.60 |
| | Total | Pivot | 79 tickets | | 5749220.00 | 3006440.00 | 1371.39 | | 734.17 | 44050.20 | 44050.20 |
| | **Total Ross Chesse** | | **79 tickets** | | **5749220.00** | **3006440.00** | **1371.39** | | **734.17** | **44050.20** | **44050.20** |
| | **Total** | **Breedyk** | **311 tickets** | | **22102500.00** | **11830280.00** | **5136.11** | | **2528.77** | **151726.20** | **151726.20** |

STATE OF NEW MEXICO )
)
COUNTY OF CHAVEZ )

**CLAIM OF HARVESTER'S LIEN**

To: **BREEDYK DAIRY LTD. CO.,** and to all who may be concerned.

You and each of you are hereby notified that **ROBINSON FARMS, INC**., hereinafter called the "Claimant" hereby claims a lien in the sum of **$93,231.84**, pursuant to §§48-5A-1, et seq. NMSA 1978 (1995 Repl. Pamp.) upon the crops harvested for Breedyk Dairy Ltd. Co. consisting of Silage harvesting on Breedyk Dairy farms in Chavez County, New Mexico, as shown on the attached harvesting reports and invoice.

The amount and quantity of the crop harvested is 2,528.77 adjusted tons, as shown on the attached reports.

The date the harvest was completed was May 13, 2016. This Claim is filed within 21 days after the harvest was completed.

The price agreed upon for harvesting is $93,231.84, as shown on the attached invoice, which is the value of the services of harvesting the crop. The lien exists from the date of the harvest.

No part of the price agreed for harvesting has been paid.

The land on which the crop was grown is the Breedyk Dairy Farms in Chavez County, New Mexico, as shown on the attached reports.

The harvesting was done for BREEDYK DAIRY LTD. CO.

**WHEREFORE**, Claimant claims a lien upon said crop for $93,231.84.

VERIFICATION: I, Debbie Williams, do hereby swear or affirm on my oath and under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

**ROBINSON FARMS, INC**.,
Claimant

By____________________________
Printed Name __________________
Its ____________________________
Date __________________________

Exhibit B

## VERIFICATION

STATE OF NEW MEXICO )
)ss.
COUNTY OF CHAVEZ )

I hereby certify that on May ____, 2016, before me personally appeared Debbie Williams, who is personally known to me and who by me duly sworn did say that she is ___________________ of Robinson Farms, Inc., a New Mexico corporation, and that said instrument was signed on behalf of Robinson Farms, Inc., and that she did swear or affirm on her oath and under penalty of perjury under the laws of the State of New Mexico that the foregoing statement is true and correct.

______________________________
Notary Public

My commission expires:

________________________