UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

IN RE:
BREEDYK DAIRY, LTD. CO.　　　　　　　　Case Number **16-11218-j11**
　　　Debtor.　　　　　　　　　　　　　　　Chapter 11

## NOTICE OF ROBINSON FARMS PERFECTION OF LIEN PURSUANT TO 11 U.S.C. §546(B)

**ROBINSON FARMS, INC.** ("Robinson"), a secured creditor, files this Notice pursuant to 11 U.S.C. §546(b) of the perfection, maintenance, and/or continuation of perfection of liens against the Debtors' interest in 2,528.77 adjusted tons of silage (the "Crops") harvested on Breedyk Dairy farms in Chaves County, New Mexico, together with proceeds therefrom, pursuant to the laws of the State of New Mexico, including §§48-5A-1, et seq. NMSA 1978 (Repl Pamp. 1995). In support of this Notice Robinson shows as follows:

1.　　Robinson provided harvesting services to the Debtor on May 11-13, 2016, on the Breedyk Dairy farms in Chaves County, New Mexico.

2.　　Robinson timely recorded a Claim of Lien against the Crops in the records of Chaves County, New Mexico. A copy of the unfiled Claim of Lien is attached to this Notice as Exhibit "A." A copy of the Claim of Lien as filed will be filed with the Court as soon as possible.

3.　　Robinson's lien is upon the Crops as described on the attached Exhibit "A" and include those crops harvested for Breedyk Dairy Ltd. Co. consisting of Silage harvesting on Breedyk Dairy farms in Chaves County, New Mexico, as shown on the attached harvesting reports and invoice; the amount and quantity of the crop harvested is 2,528.77 adjusted tons, as shown on the attached reports; the date the harvest was completed was May 13, 2016; the Claim was timely filed within 21 days after the harvest was completed.

4.　　The price agreed upon for harvesting was $93,231.84, as shown on the invoice

1

attached as Exhibit "A", which is the value of the services of harvesting the crop. The lien exists from the date of the harvest. No part of the price agreed for harvesting has been paid.

5. Robinson's statutory lien attaches to and encumbers all of the harvested crop up to the value of the services provided, which is the claimed amount.

6. Pursuant to §§48-5A-1, et seq. NMSA 1978 (Repl Pamp. 1995), Robinson's lien creates an interest in property that is permitted to be perfected and is effective against an entity that acquires rights in the property before the date of perfection. Specifically, "the lien shall exist from the date of the harvest." §48-5A-1, NMSA 1978 (Repl Pamp. 1995),

7. Robinson believes it has taken all action necessary to perfect, maintain or continue perfection of its lien as a prerequisite to enforcement and foreclosure of its lien against any entity, including the debtor, debtor-in-possession, or any trustee. To the extent additional action is required Robinson hereby gives notice in lieu of commencement of such action to perfect, maintain or continue perfection of Robinson's interest in the crop pursuant to 11 U.S.C. § 546(b).

Submitted By:
WALKER & ASSOCIATES, P.C.
 /s/ filed electronically 5/27/2016
Thomas D. Walker
500 Marquette Ave NW, Suite 650
Albuquerque, NM 87102
Telephone: (505) 766-9272
Facsimile: (505) 766-9287
e-mail: twalker@walkerlawpc.com
*Attorneys for Robinson Farms*

I hereby certify that, on May 27, 2016, in accordance with NM LBR 9036-1 and Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF notification facilities to those parties who are registered CM/ECF participants in this case.

*s/ submitted electronically 5/27/2016*
Thomas D. Walker

STATE OF NEW MEXICO   )
                      )
COUNTY OF CHAVEZ      )

## CLAIM OF HARVESTER'S LIEN

To: **BREEDYK DAIRY LTD. CO.,** and to all who may be concerned.

You and each of you are hereby notified that **ROBINSON FARMS, INC**., hereinafter called the "Claimant" hereby claims a lien in the sum of **$93,231.84**, pursuant to §§48-5A-1, et seq. NMSA 1978 (1995 Repl. Pamp.) upon the crops harvested for Breedyk Dairy Ltd. Co. consisting of Silage harvesting on Breedyk Dairy farms in Chavez County, New Mexico, as shown on the attached harvesting reports and invoice.

The amount and quantity of the crop harvested is 2,528.77 adjusted tons, as shown on the attached reports.

The date the harvest was completed was May 13, 2016. This Claim is filed within 21 days after the harvest was completed.

The price agreed upon for harvesting is $93,231.84, as shown on the attached invoice, which is the value of the services of harvesting the crop. The lien exists from the date of the harvest.

No part of the price agreed for harvesting has been paid.

The land on which the crop was grown is the Breedyk Dairy Farms in Chavez County, New Mexico, as shown on the attached reports.

The harvesting was done for BREEDYK DAIRY LTD. CO.

**WHEREFORE**, Claimant claims a lien upon said crop for $93,231.84.

VERIFICATION: I, Debbie Williams, do hereby swear or affirm on my oath and under penalty of perjury under the laws of the State of New Mexico that the foregoing is true and correct.

**ROBINSON FARMS, INC**.,
Claimant

By_____
Printed Name _____
Its _____
Date _____

# **VERIFICATION**

STATE OF NEW MEXICO )
                                   )ss.
COUNTY OF CHAVEZ     )

       I hereby certify that on May ____, 2016, before me personally appeared Debbie Williams, who is personally known to me and who by me duly sworn did say that she is _____ of Robinson Farms, Inc., a New Mexico corporation, and that said instrument was signed on behalf of Robinson Farms, Inc., and that she did swear or affirm on her oath and under penalty of perjury under the laws of the State of New Mexico that the foregoing statement is true and correct.

                                                                                  Notary Public

My commission expires:

_____

# Robinson Farms, Inc.
181 E. Darby Road
Dexter, New Mexico 88230
Office:(575) 622-8499 P/U:(575) 626-8499 Fax:(575) 625-0942

## Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Ton |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/10/2016 | | | | | | | | | | |
| | | Breed W | 119957 | WS | 67460 | 39420 | 14.02 | 52.3 | 7.87 | 60 | 472.20 |
| | | Breed W | 119958 | WS | 64960 | 37580 | 13.69 | 52.3 | 7.68 | 60 | 460.83 |
| | | Breed W | 119959 | WS | 66360 | 36180 | 15.09 | 52.3 | 8.47 | 60 | 508.24 |
| | | Breed W | 119960 | WS | 60540 | 35260 | 12.64 | 52.3 | 7.09 | 60 | 425.47 |
| | | Breed W | 119966 | WS | 66320 | 39740 | 13.29 | 52.3 | 7.46 | 60 | 447.60 |
| | | Breed W | 119967 | WS | 63880 | 39580 | 12.15 | 52.3 | 6.82 | 60 | 409.20 |
| | | Breed W | 119968 | WS | 61420 | 37040 | 12.19 | 52.3 | 6.84 | 60 | 410.40 |
| | | Breed W | 119969 | WS | 68760 | 39060 | 14.85 | 52.3 | 8.33 | 60 | 499.80 |
| | | Breed W | 119970 | WS | 64660 | 38520 | 13.07 | 52.3 | 7.34 | 60 | 440.40 |
| | | Breed W | 119971 | WS | 65880 | 39100 | 13.39 | 52.3 | 7.51 | 60 | 450.60 |
| | | Breed W | 119972 | WS | 67340 | 37360 | 14.99 | 52.3 | 8.41 | 60 | 504.60 |
| | | Breed W | 119973 | WS | 62760 | 37300 | 12.73 | 52.3 | 7.14 | 60 | 428.40 |
| | | Breed W | 119974 | WS | 62180 | 37500 | 12.34 | 52.3 | 6.93 | 60 | 415.80 |
| | | Breed W | 119975 | WS | 63420 | 38000 | 12.71 | 52.3 | 7.13 | 60 | 427.80 |
| | | Breed W | 119976 | WS | 59040 | 35900 | 11.57 | 52.3 | 6.49 | 60 | 389.40 |
| | | Breed W | 119977 | WS | 59020 | 35800 | 11.61 | 52.3 | 6.52 | 60 | 391.20 |
| | | Breed W | 119978 | WS | 58480 | 37720 | 10.38 | 52.3 | 5.83 | 60 | 349.80 |
| | | Breed W | 119979 | WS | 61580 | 38760 | 11.41 | 52.3 | 6.40 | 60 | 384.00 |
| | | Breed W | 119980 | WS | 61620 | 38900 | 11.36 | 52.3 | 6.38 | 60 | 382.80 |
| | | Breed W | 119981 | WS | 61900 | 38260 | 11.82 | 52.3 | 6.63 | 60 | 397.80 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11    Page 5 of 19

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/10/2016 | Breed W | 119982 | WS | 62160 | 38920 | 11.62 | 52.3 | 6.52 | 60 | 391.20 |
|  |  | Breed W | 119983 | WS | 62820 | 38680 | 12.07 | 52.3 | 6.77 | 60 | 406.20 |
|  |  | Breed W | 119984 | WS | 67940 | 38700 | 14.62 | 52.3 | 8.20 | 60 | 492.00 |
|  |  | Breed W | 119985 | WS | 64100 | 39640 | 12.23 | 52.3 | 6.86 | 60 | 411.60 |
|  |  | Breed W | 119986 | WS | 64780 | 38040 | 13.37 | 52.3 | 7.50 | 60 | 450.00 |
|  |  | Breed W | 119987 | WS | 62640 | 37080 | 12.78 | 52.3 | 7.17 | 60 | 430.20 |
|  |  | Breed W | 119988 | WS | 67740 | 38180 | 14.78 | 52.3 | 8.29 | 60 | 497.40 |
|  |  | Breed W | 119989 | WS | 60500 | 38640 | 10.93 | 52.3 | 6.13 | 60 | 367.80 |
|  |  | Breed W | 119990 | WS | 68540 | 38380 | 15.08 | 52.3 | 8.46 | 60 | 507.60 |
|  |  | Breed W | 119991 | WS | 56560 | 35260 | 10.65 | 52.3 | 5.98 | 60 | 358.80 |
|  |  | Breed W | 119992 | WS | 67960 | 38180 | 14.89 | 52.3 | 8.36 | 60 | 501.60 |
|  |  | Breed W | 119993 | WS | 56440 | 36180 | 10.13 | 52.3 | 5.69 | 60 | 341.40 |
|  |  | Breed W | 119994 | WS | 60460 | 37580 | 11.44 | 52.3 | 6.42 | 60 | 385.20 |
| Breedyk | 05/11/2016 | Breed W | 119995 | WS | 71300 | 37900 | 16.70 | 53.0 | 9.23 | 60 | 553.80 |
|  |  | Breed W | 119996 | WS | 70860 | 39060 | 15.90 | 53.0 | 8.79 | 60 | 527.40 |
|  |  | Breed W | 119998 | WS | 63500 | 39640 | 11.93 | 53.0 | 6.60 | 60 | 396.00 |
|  |  | Breed W | 119999 | WS | 70480 | 39200 | 15.64 | 53.0 | 8.65 | 60 | 519.00 |
|  |  | Breed W | 17602 | WS | 68280 | 38000 | 15.14 | 53.0 | 8.37 | 60 | 502.20 |
|  |  | Breed W | 17604 | WS | 61880 | 39460 | 11.21 | 53.0 | 6.20 | 60 | 372.00 |
|  |  | Breed W | 17605 | WS | 67340 | 36880 | 15.23 | 53.0 | 8.42 | 60 | 505.20 |
|  |  | Breed W | 17607 | WS | 58260 | 36940 | 10.66 | 53.0 | 5.89 | 60 | 353.40 |
|  |  | Breed W | 17609 | WS | 61600 | 38680 | 11.46 | 53.0 | 6.34 | 60 | 380.40 |
|  |  | Breed W | 17610 | WS | 62140 | 38680 | 11.73 | 53.0 | 6.49 | 60 | 389.40 |
|  |  | Breed W | 17611 | WS | 62360 | 39840 | 11.26 | 53.0 | 6.23 | 60 | 373.80 |

Case 16-11218-j11  Doc 21  Filed 05/27/16  Entered 05/27/16 16:48:11  Page 6 of 19

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Breed W | 17612 | WS | 60540 | 37380 | 11.58 | 53.0 | 6.40 | 60 | 384.00 |
| | | Breed W | 17614 | WS | 58100 | 37120 | 10.49 | 53.0 | 5.80 | 60 | 348.00 |
| | | Breed W | 17615 | WS | 56240 | 36240 | 10.00 | 53.0 | 5.53 | 60 | 331.80 |
| | | Breed W | 17617 | WS | 52220 | 35920 | 8.15 | 53.0 | 4.51 | 60 | 270.60 |
| | | Breed W | 17621 | WS | 57500 | 38720 | 9.39 | 53.0 | 5.19 | 60 | 311.40 |
| | | Breed W | 17622 | WS | 61060 | 37760 | 11.65 | 53.0 | 6.44 | 60 | 386.40 |
| | | Breed W | 17624 | WS | 63000 | 39180 | 11.91 | 53.0 | 6.59 | 60 | 395.40 |
| | | Breed W | 17626 | WS | 60960 | 38900 | 11.03 | 53.0 | 6.10 | 60 | 366.00 |
| | | Breed W | 17628 | WS | 62720 | 38940 | 11.89 | 53.0 | 6.57 | 60 | 394.27 |
| | | Breed W | 17630 | WS | 61200 | 38140 | 11.53 | 53.0 | 6.38 | 60 | 382.80 |
| | | Breed W | 17632 | WS | 60600 | 37700 | 11.45 | 53.0 | 6.33 | 60 | 379.80 |
| | | Breed W | 17635 | WS | 62840 | 38580 | 12.13 | 53.0 | 6.71 | 60 | 402.60 |
| | | Breed W | 17637 | WS | 52200 | 35200 | 8.50 | 53.0 | 4.70 | 60 | 282.00 |
| | | Breed W | 17638 | WS | 60280 | 38880 | 10.70 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17641 | WS | 56800 | 36100 | 10.35 | 53.0 | 5.72 | 60 | 343.20 |
| | | Breed W | 17643 | WS | 59580 | 38260 | 10.66 | 53.0 | 5.89 | 60 | 353.40 |
| | | Breed W | 17645 | WS | 58420 | 38400 | 10.01 | 53.0 | 5.53 | 60 | 331.80 |
| | | Breed W | 17646 | WS | 61260 | 39840 | 10.71 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17648 | WS | 62500 | 37880 | 12.31 | 53.0 | 6.81 | 60 | 408.60 |
| | | Breed W | 17650 | WS | 61040 | 37900 | 11.57 | 53.0 | 6.40 | 60 | 384.00 |
| | | Breed W | 17651 | WS | 64060 | 38680 | 12.69 | 53.0 | 7.02 | 60 | 421.20 |
| | | Breed W | 17653 | WS | 58000 | 36940 | 10.53 | 53.0 | 5.82 | 60 | 349.20 |
| | | Breed W | 17655 | WS | 60540 | 38680 | 10.93 | 53.0 | 6.04 | 60 | 362.40 |
| | | Breed W | 17657 | WS | 63200 | 39200 | 12.00 | 53.0 | 6.64 | 60 | 398.40 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 7 of 19

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Breed W | 17658 | WS | 60860 | 39460 | 10.70 | 53.0 | 5.92 | 60 | 355.20 |
| | | Breed W | 17659 | WS | 63780 | 36880 | 13.45 | 53.0 | 7.44 | 60 | 446.40 |
| | | Breed W | 17660 | WS | 65000 | 38000 | 13.50 | 53.0 | 7.46 | 60 | 447.60 |
| | | Breed W | 17662 | WS | 58280 | 36240 | 11.02 | 53.0 | 6.09 | 60 | 365.40 |
| | | Breed W | 17663 | WS | 61860 | 37380 | 12.24 | 53.0 | 6.77 | 60 | 406.20 |
| | | Breed W | 17664 | WS | 61820 | 37120 | 12.35 | 53.0 | 6.83 | 60 | 409.88 |
| | | Breed W | 17665 | WS | 60240 | 38720 | 10.76 | 53.0 | 5.95 | 60 | 357.09 |
| | | Breed W | 17666 | WS | 67980 | 39640 | 14.17 | 53.0 | 7.84 | 60 | 470.41 |
| | | Breed W | 17667 | WS | 63240 | 38940 | 12.15 | 53.0 | 6.72 | 60 | 403.27 |
| | | Breed W | 17668 | WS | 58060 | 37760 | 10.15 | 53.0 | 5.61 | 60 | 336.60 |
| | | Breed W | 17669 | WS | 63220 | 38900 | 12.16 | 53.0 | 6.72 | 60 | 403.20 |
| | | Breed W | 17670 | WS | 64500 | 35920 | 14.29 | 53.0 | 7.90 | 60 | 474.00 |
| | | Breed W | 17671 | WS | 62860 | 39180 | 11.84 | 53.0 | 6.55 | 60 | 393.00 |
| | | Breed W | 17672 | WS | 67540 | 38140 | 14.70 | 53.0 | 8.13 | 60 | 487.80 |
| | | Breed W | 17673 | WS | 59380 | 37700 | 10.84 | 53.0 | 5.99 | 60 | 359.40 |
| | | Mike | 17674 | WS | 69800 | 38580 | 15.61 | 63.8 | 6.65 | 60 | 399.00 |
| | | Mike | 17675 | WS | 77060 | 37880 | 19.59 | 63.8 | 8.34 | 60 | 500.40 |
| | | Mike | 17676 | WS | 60840 | 35200 | 12.82 | 63.8 | 5.46 | 60 | 327.60 |
| | | Mike | 17677 | WS | 82740 | 39200 | 21.77 | 63.8 | 9.27 | 60 | 556.20 |
| | | Mike | 17678 | WS | 78400 | 38400 | 20.00 | 63.8 | 8.52 | 60 | 511.20 |
| | | Mike | 17679 | WS | 74460 | 37600 | 18.43 | 63.8 | 7.85 | 60 | 471.00 |
| | | Mike | 17680 | WS | 80260 | 38260 | 21.00 | 63.8 | 8.94 | 60 | 536.41 |
| | | Mike | 17681 | WS | 78500 | 38880 | 19.81 | 63.8 | 8.44 | 60 | 506.48 |
| Breedyk 05/11/2016 Total | | Breed W | 83 tickets | | 5181700.00 | 3155240.00 | 1013.23 | | 563.71 | | 33822.60 |
| | | | | | | | | | 33822.60 | | |

Case 16-11218-j11  Doc 21  Filed 05/27/16  Entered 05/27/16 16:48:11  Page 8 of 19

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17682 | WS | 70520 | 36100 | 17.21 | 63.8 | 7.33 | 60 | 439.80 |
| | | Mike | 17683 | WS | 76900 | 39060 | 18.92 | 63.8 | 8.06 | 60 | 483.60 |
| | | Mike | 17684 | WS | 80280 | 39460 | 20.41 | 63.8 | 8.69 | 60 | 521.40 |
| | | Mike | 17685 | WS | 84720 | 39200 | 22.76 | 63.8 | 9.69 | 60 | 581.40 |
| | | Mike | 17686 | WS | 80220 | 37880 | 21.17 | 63.8 | 9.02 | 60 | 541.20 |
| | | Mike | 17687 | WS | 75160 | 38000 | 18.58 | 63.8 | 7.91 | 60 | 474.60 |
| | | Mike | 17688 | WS | 70300 | 36880 | 16.71 | 63.8 | 7.12 | 60 | 427.20 |
| | | Mike | 17689 | WS | 83940 | 38380 | 22.78 | 63.8 | 9.70 | 60 | 582.00 |
| | | Mike | 17690 | WS | 74160 | 37600 | 18.28 | 63.8 | 7.79 | 60 | 467.40 |
| | | Mike | 17691 | WS | 78820 | 38400 | 20.21 | 63.8 | 8.61 | 60 | 516.60 |
| | | Mike | 17692 | WS | 79160 | 38260 | 20.45 | 63.8 | 8.71 | 60 | 522.60 |
| | | Mike | 17693 | WS | 81800 | 39640 | 21.08 | 63.8 | 8.98 | 60 | 538.80 |
| | | Mike | 17694 | WS | 73960 | 38680 | 17.64 | 63.8 | 7.51 | 60 | 450.60 |
| | | Mike | 17695 | WS | 80120 | 38880 | 20.62 | 63.8 | 8.78 | 60 | 526.80 |
| | | Mike | 17696 | WS | 68840 | 36100 | 16.37 | 63.8 | 6.97 | 60 | 418.20 |
| | | Mike | 17697 | WS | 66080 | 35200 | 15.44 | 63.8 | 6.58 | 60 | 394.80 |
| | | Mike | 17698 | WS | 79120 | 39060 | 20.03 | 63.8 | 8.53 | 60 | 511.80 |
| | | Mike | 17699 | WS | 86700 | 39340 | 23.68 | 63.8 | 10.08 | 60 | 604.80 |
| | | Mike | 17700 | WS | 88480 | 37700 | 25.39 | 63.8 | 10.81 | 60 | 648.60 |
| | | Mike | 17701 | WS | 81180 | 35920 | 22.63 | 63.8 | 9.64 | 60 | 578.40 |
| | | Mike | 17702 | WS | 78580 | 37380 | 20.60 | 63.8 | 8.77 | 60 | 526.20 |
| | | Mike | 17703 | WS | 75300 | 38720 | 18.29 | 63.8 | 7.79 | 60 | 467.40 |
| | | Mike | 17704 | WS | 73340 | 37380 | 17.98 | 63.8 | 7.66 | 60 | 459.60 |
| | | Mike | 17705 | WS | 80740 | 38580 | 21.08 | 63.8 | 8.98 | 60 | 538.80 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 9 of 19

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17706 | WS | 81300 | 38140 | 21.58 | 63.8 | 9.19 | 60 | 551.40 |
| | | Mike | 17707 | WS | 74540 | 37760 | 18.39 | 63.8 | 7.83 | 60 | 469.80 |
| | | Mike | 17708 | WS | 78360 | 38900 | 19.73 | 63.8 | 8.40 | 60 | 504.00 |
| | | Mike | 17709 | WS | 85220 | 38940 | 23.14 | 63.8 | 9.85 | 60 | 591.00 |
| | | Mike | 17710 | WS | 72660 | 36240 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17711 | WS | 76980 | 39180 | 18.90 | 63.8 | 8.05 | 60 | 483.00 |
| | | Mike | 17712 | WS | 80100 | 37120 | 21.49 | 63.8 | 9.15 | 60 | 549.00 |
| | | Mike | 17713 | WS | 71360 | 38900 | 16.23 | 63.8 | 6.91 | 60 | 414.60 |
| | | Mike | 17714 | WS | 72400 | 36240 | 18.08 | 63.8 | 7.70 | 60 | 462.00 |
| | | Mike | 17715 | WS | 72380 | 38000 | 17.19 | 63.8 | 7.32 | 60 | 439.20 |
| | | Mike | 17716 | WS | 79840 | 38140 | 20.85 | 63.8 | 8.88 | 60 | 532.80 |
| | | Mike | 17717 | WS | 84680 | 37120 | 23.78 | 63.8 | 10.13 | 60 | 607.80 |
| | | Mike | 17718 | WS | 82680 | 39180 | 21.75 | 63.8 | 9.26 | 60 | 555.60 |
| | | Mike | 17719 | WS | 80140 | 38380 | 20.88 | 63.8 | 8.89 | 60 | 533.40 |
| | | Mike | 17720 | WS | 80280 | 35920 | 22.18 | 63.8 | 9.45 | 60 | 567.00 |
| | | Mike | 17721 | WS | 82860 | 38680 | 22.09 | 63.8 | 9.41 | 60 | 564.60 |
| | | Mike | 17722 | WS. | 78760 | 38000 | 20.38 | 63.8 | 8.68 | 60 | 520.80 |
| | | Mike | 17723 | WS | 74260 | 36880 | 18.69 | 63.8 | 7.96 | 60 | 477.60 |
| | | Mike | 17724 | WS | 83860 | 39460 | 22.20 | 63.8 | 9.45 | 60 | 567.00 |
| | | Mike | 17725 | WS | 82280 | 37380 | 22.45 | 63.8 | 9.56 | 60 | 573.60 |
| | | Mike | 17726 | WS | 76500 | 38720 | 18.89 | 63.8 | 8.04 | 60 | 482.40 |
| | | Mike | 17727 | WS | 79220 | 37380 | 20.92 | 63.8 | 8.91 | 60 | 534.60 |
| | | Mike | 17728 | WS | 78340 | 39640 | 19.35 | 63.8 | 8.24 | 60 | 494.40 |
| | | Mike | 17729 | WS | 77480 | 39340 | 19.07 | 63.8 | 8.12 | 60 | 487.20 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 10 of 19

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17743 | WS | 77980 | 38580 | 19.70 | 63.8 | 8.39 | 60 | 503.40 |
| | | Mike | 17744 | WS | 77700 | 37760 | 19.97 | 63.8 | 8.50 | 60 | 510.00 |
| | | Mike | 17761 | WS | 69760 | 37700 | 16.03 | 63.8 | 6.83 | 60 | 409.80 |
| | | Mike | 17762 | WS | 72080 | 39060 | 16.51 | 63.8 | 7.03 | 60 | 421.80 |
| | | Mike | 17763 | WS | 75740 | 39200 | 18.27 | 63.8 | 7.78 | 60 | 466.80 |
| | | Mike | 17764 | WS | 81260 | 38260 | 21.50 | 63.8 | 9.16 | 60 | 549.60 |
| | | Mike | 17765 | WS | 70880 | 38400 | 16.24 | 63.8 | 6.92 | 60 | 415.20 |
| | | Mike | 17766 | WS | 62040 | 36100 | 12.97 | 63.8 | 5.52 | 60 | 331.20 |
| | | Mike | 17767 | WS | 82880 | 38880 | 22.00 | 63.8 | 9.37 | 60 | 562.20 |
| | | Mike | 17768 | WS | 66740 | 35200 | 15.77 | 63.8 | 6.72 | 60 | 403.20 |
| | | Mike | 17769 | WS | 82120 | 37880 | 22.12 | 63.8 | 9.42 | 60 | 565.20 |
| | | Mike | 17770 | WS | 78060 | 36880 | 20.59 | 63.8 | 8.77 | 60 | 526.20 |
| | | Mike | 17771 | WS | 73660 | 38380 | 17.64 | 63.8 | 7.51 | 60 | 450.60 |
| | | Mike | 17772 | WS | 75240 | 39460 | 17.89 | 63.8 | 7.62 | 60 | 457.20 |
| | | Mike | 17773 | WS | 75880 | 37380 | 19.25 | 63.8 | 8.20 | 60 | 492.00 |
| | | Mike | 17774 | WS | 80740 | 39340 | 20.70 | 63.8 | 8.82 | 60 | 529.20 |
| | | Mike | 17775 | WS | 72200 | 38680 | 16.76 | 63.8 | 7.14 | 60 | 428.40 |
| | | Mike | 17776 | WS | 63840 | 39640 | 12.10 | 63.8 | 5.15 | 60 | 309.00 |
| | | Mike | 17777 | WS | 71240 | 37380 | 16.93 | 63.8 | 7.21 | 60 | 432.60 |
| | | Mike | 17778 | WS | 73380 | 38720 | 17.33 | 63.8 | 7.38 | 60 | 442.80 |
| | | Mike | 17779 | WS | 73660 | 35920 | 18.87 | 63.8 | 8.04 | 60 | 482.40 |
| | | Mike | 17780 | WS | 75600 | 39180 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17781 | WS | 72680 | 38940 | 16.87 | 63.8 | 7.18 | 60 | 430.80 |
| | | Mike | 17782 | WS | 75260 | 37120 | 19.07 | 63.8 | 8.12 | 60 | 487.20 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 11 of 19

# Breedyk
| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Mike | 17783 | WS | 65880 | 36240 | 14.82 | 63.8 | 6.31 | 60 | 378.60 |
| | | Mike | 17784 | WS | 76080 | 38140 | 18.97 | 63.8 | 8.08 | 60 | 484.80 |
| | | Mike | 17785 | WS | 74900 | 38580 | 18.16 | 63.8 | 7.73 | 60 | 463.80 |
| | | Mike | 17786 | WS | 73320 | 37700 | 17.81 | 63.8 | 7.59 | 60 | 455.40 |
| | | Mike | 17787 | WS | 78860 | 38000 | 20.43 | 63.8 | 8.70 | 60 | 522.00 |
| | | Mike | 17788 | WS | 75480 | 39060 | 18.21 | 63.8 | 7.76 | 60 | 465.60 |
| | | Mike | 17789 | WS | 81520 | 38900 | 21.31 | 63.8 | 9.08 | 60 | 544.80 |
| | | Mike | 17790 | WS | 63960 | 36100 | 13.93 | 63.8 | 5.93 | 60 | 355.80 |
| | | Mike | 17791 | WS | 77420 | 37760 | 19.83 | 63.8 | 8.45 | 60 | 507.07 |
| | | Mike | 17792 | WS | 64980 | 35200 | 14.89 | 63.8 | 6.34 | 60 | 380.45 |
| | | Mike | 17793 | WS | 72500 | 38260 | 17.12 | 63.8 | 7.29 | 60 | 437.40 |
| | | Mike | 17794 | WS | 70180 | 38880 | 15.65 | 63.8 | 6.67 | 60 | 400.20 |
| | Total | Mike | 92 tickets | | 7012660.00 | 3496300.00 | 1758.18 | | 748.79 | | 44927.40 |
| Breedyk | 05/11/2016 | Side Rolls | 17730 | WS | 78920 | 38940 | 19.99 | 62.0 | 8.94 | 60 | 536.40 |
| | | Side Rolls | 17731 | WS | 80720 | 38140 | 21.29 | 62.0 | 9.52 | 60 | 571.27 |
| | | Side Rolls | 17732 | WS | 68920 | 36240 | 16.34 | 62.0 | 7.30 | 60 | 438.05 |
| | | Side Rolls | 17733 | WS | 80340 | 37760 | 21.29 | 62.0 | 9.52 | 60 | 571.20 |
| | | Side Rolls | 17734 | WS | 74540 | 38900 | 17.82 | 62.0 | 7.97 | 60 | 478.20 |
| | | Side Rolls | 17735 | WS | 63620 | 35200 | 14.21 | 62.0 | 6.35 | 60 | 381.00 |
| | | Side Rolls | 17736 | WS | 72080 | 37700 | 17.19 | 62.0 | 7.68 | 60 | 460.80 |
| | | Side Rolls | 17737 | WS | 84360 | 38580 | 22.89 | 62.0 | 10.23 | 60 | 613.80 |
| | | Side Rolls | 17738 | WS | 79980 | 39060 | 20.46 | 62.0 | 9.15 | 60 | 549.00 |
| | | Side Rolls | 17739 | WS | 77600 | 38880 | 19.36 | 62.0 | 8.66 | 60 | 519.61 |
| | | Side Rolls | 17740 | WS | 69100 | 36100 | 16.50 | 62.0 | 7.38 | 60 | 442.80 |

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/11/2016 | Side Rolls | 17741 | WS | 78980 | 38260 | 20.36 | 62.0 | 9.10 | 60 | 546.00 |
| | | Side Rolls | 17742 | WS | 86860 | 37120 | 24.87 | 62.0 | 11.12 | 60 | 667.20 |
| | | Side Rolls | 17745 | WS | 76920 | 38400 | 19.26 | 62.0 | 8.61 | 60 | 516.60 |
| | | Side Rolls | 17746 | WS | 85940 | 39200 | 23.37 | 62.0 | 10.45 | 60 | 627.00 |
| | | Side Rolls | 17747 | WS | 79180 | 37880 | 20.65 | 62.0 | 9.23 | 60 | 553.80 |
| | | Side Rolls | 17748 | WS | 82920 | 38680 | 22.12 | 62.0 | 9.89 | 60 | 593.40 |
| | | Side Rolls | 17749 | WS | 72800 | 36880 | 17.96 | 62.0 | 8.03 | 60 | 481.80 |
| | | Side Rolls | 17750 | WS | 79740 | 39460 | 20.14 | 62.0 | 9.00 | 60 | 540.00 |
| | | Side Rolls | 17751 | WS | 84320 | 39840 | 22.24 | 62.0 | 9.94 | 60 | 596.40 |
| | | Side Rolls | 17752 | WS | 81880 | 38680 | 21.60 | 62.0 | 9.66 | 60 | 579.60 |
| | | Side Rolls | 17753 | WS | 78720 | 37380 | 20.67 | 62.0 | 9.24 | 60 | 554.40 |
| | | Side Rolls | 17754 | WS | 71460 | 39640 | 15.91 | 62.0 | 7.11 | 60 | 426.60 |
| | | Side Rolls | 17755 | WS | 80820 | 38720 | 21.05 | 62.0 | 9.41 | 60 | 564.60 |
| | | Side Rolls | 17756 | WS | 79440 | 37380 | 21.03 | 62.0 | 9.40 | 60 | 564.00 |
| | | Side Rolls | 17757 | WS | 81700 | 39180 | 21.26 | 62.0 | 9.50 | 60 | 570.00 |
| | | Side Rolls | 17758 | WS | 75940 | 35920 | 20.01 | 62.0 | 8.95 | 60 | 537.00 |
| | | Side Rolls | 17759 | WS | 83720 | 38940 | 22.39 | 62.0 | 10.01 | 60 | 600.60 |
| Breedyk | 05/12/2016 | Side Rolls | 17402 | WS | 73780 | 37880 | 17.95 | 54.5 | 9.61 | 60 | 576.60 |
| | | Side Rolls | 17404 | WS | 69140 | 37900 | 15.62 | 54.5 | 8.36 | 60 | 501.60 |
| | | Side Rolls | 17406 | WS | 77240 | 40240 | 18.50 | 54.5 | 9.90 | 60 | 594.00 |
| | | Side Rolls | 17407 | WS | 74940 | 40020 | 17.46 | 54.5 | 9.35 | 60 | 561.00 |
| | | Side Rolls | 17409 | WS | 67260 | 37060 | 15.10 | 54.5 | 8.08 | 60 | 484.80 |
| | | Side Rolls | 17411 | WS | 70040 | 38360 | 15.84 | 54.5 | 8.48 | 60 | 508.80 |
| | | Side Rolls | 17412 | WS | 70540 | 38600 | 15.97 | 54.5 | 8.55 | 60 | 513.00 |

Case 16-11218-j11  Doc 21  Filed 05/27/16  Entered 05/27/16 16:48:11 Page 13 of 19

5/25/2016 10:28 AM

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Side Rolls | 17413 | WS | 65220 | 38800 | 13.21 | 54.5 | 7.07 | 60 | 424.20 |
| | | Side Rolls | 17415 | WS | 68640 | 36100 | 16.27 | 54.5 | 8.71 | 60 | 522.60 |
| | | Side Rolls | 17417 | WS | 68640 | 38600 | 15.02 | 54.5 | 8.04 | 60 | 482.40 |
| | | Side Rolls | 17418 | WS | 66280 | 36920 | 14.68 | 54.5 | 7.86 | 60 | 471.60 |
| | | Side Rolls | 17419 | WS | 69020 | 38040 | 15.49 | 54.5 | 8.29 | 60 | 497.40 |
| | | Side Rolls | 17421 | WS | 66500 | 37640 | 14.43 | 54.5 | 7.72 | 60 | 463.20 |
| | | Side Rolls | 17423 | WS | 72120 | 38760 | 16.68 | 54.5 | 8.93 | 60 | 535.80 |
| | | Side Rolls | 17424 | WS | 64320 | 35820 | 14.25 | 54.5 | 7.63 | 60 | 457.80 |
| | | Side Rolls | 17426 | WS | 66020 | 38540 | 13.74 | 54.5 | 7.35 | 60 | 441.00 |
| | | Side Rolls | 17427 | WS | 69080 | 39520 | 14.78 | 54.5 | 7.91 | 60 | 474.60 |
| | | Side Rolls | 17429 | WS | 69580 | 38100 | 15.74 | 54.5 | 8.43 | 60 | 505.80 |
| | | Side Rolls | 17431 | WS | 71580 | 37640 | 16.97 | 54.5 | 9.08 | 60 | 544.80 |
| | | Side Rolls | 17432 | WS | 71000 | 38300 | 16.35 | 54.5 | 8.75 | 60 | 525.00 |
| | | Side Rolls | 17437 | WS | 65500 | 38800 | 13.35 | 54.5 | 7.15 | 60 | 429.00 |
| | | Side Rolls | 17441 | WS | 65440 | 38800 | 13.32 | 54.5 | 7.13 | 60 | 427.80 |
| | | Side Rolls | 17443 | WS | 62820 | 35100 | 13.86 | 54.5 | 7.42 | 60 | 445.20 |
| | | Side Rolls | 17444 | WS | 38940 | 37500 | 0.72 | 54.5 | 0.39 | 60 | 23.40 |
| | | Side Rolls | 17445 | WS | 63980 | 36000 | 13.99 | 54.5 | 7.49 | 60 | 449.40 |
| | | Side Rolls | 17795 | WS | 74740 | 39140 | 17.80 | 54.5 | 9.53 | 60 | 571.80 |
| | | Side Rolls | 17796 | WS | 69460 | 39460 | 15.00 | 54.5 | 8.03 | 60 | 481.80 |
| | | Side Rolls | 17797 | WS | 67980 | 38560 | 14.71 | 54.5 | 7.87 | 60 | 472.20 |
| | | Side Rolls | 17799 | WS | 67600 | 39040 | 14.28 | 54.5 | 7.64 | 60 | 458.40 |
| | Total | Side Rolls | 57 tickets | | 4158920.00 | 2172300.00 | 993.31 | | 482.10 | | 28926.00 |
| | Total | Breedyk | 232 tickets | | 16353280.00 | 8238840.00 | 3764.72 | | 1794.60 | | 107676.00 |

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119808 | WS | 78920 | 38520 | 20.20 | 54.5 | 10.81 | 60 | 648.60 |
| | | Pivot | 119809 | WS | 78420 | 37040 | 20.69 | 54.5 | 11.08 | 60 | 664.89 |
| | | Pivot | 119810 | WS | 65660 | 38000 | 13.83 | 54.5 | 7.40 | 60 | 444.00 |
| | | Pivot | 119811 | WS | 72580 | 37300 | 17.64 | 54.5 | 9.44 | 60 | 566.40 |
| | | Pivot | 119814 | WS | 74800 | 39740 | 17.53 | 54.5 | 9.38 | 60 | 562.80 |
| | | Pivot | 119817 | WS | 58880 | 35900 | 11.49 | 54.5 | 6.15 | 60 | 369.00 |
| | | Pivot | 119818 | WS | 74960 | 38520 | 18.22 | 54.5 | 9.75 | 60 | 585.00 |
| | | Pivot | 119820 | WS | 67860 | 38680 | 14.59 | 54.5 | 7.81 | 60 | 468.60 |
| | | Pivot | 119823 | WS | 71620 | 38380 | 16.62 | 54.5 | 8.90 | 60 | 534.07 |
| | | Pivot | 119824 | WS | 67080 | 37500 | 14.79 | 54.5 | 7.92 | 60 | 475.25 |
| | | Pivot | 119826 | WS | 74960 | 38260 | 18.35 | 54.5 | 9.82 | 60 | 589.20 |
| | | Pivot | 119828 | WS | 74760 | 39640 | 17.56 | 54.5 | 9.40 | 60 | 564.00 |
| | | Pivot | 119830 | WS | 69520 | 37080 | 16.22 | 54.5 | 8.68 | 60 | 520.80 |
| | | Pivot | 119833 | WS | 70880 | 35800 | 17.54 | 54.5 | 9.39 | 60 | 563.40 |
| | | Pivot | 119835 | WS | 72640 | 38920 | 16.86 | 54.5 | 9.03 | 60 | 541.80 |
| | | Pivot | 119883 | WS | 62980 | 37080 | 12.95 | 54.5 | 6.93 | 60 | 415.87 |
| | | Pivot | 119884 | WS | 69940 | 39580 | 15.18 | 54.5 | 8.13 | 60 | 487.80 |
| | | Pivot | 119885 | WS | 74860 | 39420 | 17.72 | 54.5 | 9.49 | 60 | 569.40 |
| | | Pivot | 119886 | WS | 75840 | 39640 | 18.10 | 54.5 | 9.69 | 60 | 581.40 |
| | | Pivot | 119887 | WS | 73760 | 38900 | 17.43 | 54.5 | 9.33 | 60 | 559.80 |
| | | Pivot | 119888 | WS | 67260 | 38760 | 14.25 | 54.5 | 7.63 | 60 | 457.80 |
| | | Pivot | 119891 | WS | 62740 | 36180 | 13.28 | 54.5 | 7.11 | 60 | 426.60 |
| | | Pivot | 119893 | WS | 69020 | 37360 | 15.83 | 54.5 | 8.47 | 60 | 508.20 |
| | | Pivot | 119894 | WS | 75620 | 38640 | 18.49 | 54.5 | 9.90 | 60 | 594.02 |

Case 16-11218-j11   Doc 21   Filed 05/27/16   Entered 05/27/16 16:48:11 Page 15 of 19

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119896 | WS | 77220 | 39420 | 18.90 | 54.5 | 10.12 | 60 | 607.20 |
|  |  | Pivot | 119897 | WS | 72820 | 37720 | 17.55 | 54.5 | 9.39 | 60 | 563.40 |
|  |  | Pivot | 119900 | WS | 64320 | 35260 | 14.53 | 54.5 | 7.78 | 60 | 466.80 |
|  |  | Pivot | 119902 | WS | 80000 | 39100 | 20.45 | 54.5 | 10.95 | 60 | 657.00 |
|  |  | Pivot | 119905 | WS | 72560 | 37580 | 17.49 | 54.5 | 9.36 | 60 | 561.60 |
|  |  | Pivot | 119907 | WS | 74840 | 38180 | 18.33 | 54.5 | 9.81 | 60 | 588.60 |
|  |  | Pivot | 119908 | WS | 81200 | 38700 | 21.25 | 54.5 | 11.38 | 60 | 682.80 |
|  |  | Pivot | 119910 | WS | 78480 | 39060 | 19.71 | 54.5 | 10.55 | 60 | 633.00 |
|  |  | Pivot | 119911 | WS | 75980 | 38040 | 18.97 | 54.5 | 10.15 | 60 | 609.00 |
|  |  | Pivot | 119916 | WS | 76280 | 38000 | 19.14 | 54.5 | 10.25 | 60 | 615.00 |
|  |  | Pivot | 119917 | WS | 70760 | 39580 | 15.59 | 54.5 | 8.35 | 60 | 501.00 |
|  |  | Pivot | 119918 | WS | 71860 | 37040 | 17.41 | 54.5 | 9.32 | 60 | 559.20 |
|  |  | Pivot | 119919 | WS | 68880 | 38920 | 14.98 | 54.5 | 8.02 | 60 | 481.20 |
|  |  | Pivot | 119920 | WS | 70760 | 35800 | 17.48 | 54.5 | 9.36 | 60 | 561.60 |
|  |  | Pivot | 119921 | WS | 68500 | 37500 | 15.50 | 54.5 | 8.30 | 60 | 498.00 |
|  |  | Pivot | 119922 | WS | 72720 | 39740 | 16.49 | 54.5 | 8.83 | 60 | 529.80 |
|  |  | Pivot | 119923 | WS | 70300 | 35900 | 17.20 | 54.5 | 9.21 | 60 | 552.60 |
|  |  | Pivot | 119924 | WS | 73200 | 37300 | 17.95 | 54.5 | 9.61 | 60 | 576.60 |
|  |  | Pivot | 119925 | WS | 72700 | 38380 | 17.16 | 54.5 | 9.19 | 60 | 551.40 |
|  |  | Pivot | 119926 | WS | 65340 | 38260 | 13.54 | 54.5 | 7.25 | 60 | 435.00 |
|  |  | Pivot | 119927 | WS | 70240 | 38680 | 15.78 | 54.5 | 8.45 | 60 | 507.00 |
|  |  | Pivot | 119928 | WS | 72560 | 38760 | 16.90 | 54.5 | 9.05 | 60 | 543.00 |
|  |  | Pivot | 119929 | WS | 68720 | 38900 | 14.91 | 54.5 | 7.98 | 60 | 478.80 |
|  |  | Pivot | 119930 | WS | 76280 | 39420 | 18.43 | 54.5 | 9.87 | 60 | 592.20 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 16 of 19

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119931 | WS | 73600 | 38640 | 17.48 | 54.5 | 9.36 | 60 | 561.60 |
| | | Pivot | 119932 | WS | 74880 | 37720 | 18.58 | 54.5 | 9.95 | 60 | 597.00 |
| | | Pivot | 119933 | WS | 81600 | 37580 | 22.01 | 54.5 | 11.78 | 60 | 706.80 |
| | | Pivot | 119934 | WS | 61460 | 35260 | 13.10 | 54.5 | 7.01 | 60 | 420.60 |
| | | Pivot | 119935 | WS | 67840 | 36180 | 15.83 | 54.5 | 8.47 | 60 | 508.20 |
| | | Pivot | 119936 | WS | 77500 | 38180 | 19.66 | 54.5 | 10.52 | 60 | 631.20 |
| | | Pivot | 119937 | WS | 78000 | 39100 | 19.45 | 54.5 | 10.41 | 60 | 624.60 |
| | | Pivot | 119938 | WS | 79740 | 37360 | 21.19 | 54.5 | 11.34 | 60 | 680.40 |
| | | Pivot | 119939 | WS | 76660 | 38040 | 19.31 | 54.5 | 10.34 | 60 | 620.40 |
| | | Pivot | 119940 | WS | 66840 | 37080 | 14.88 | 54.5 | 7.97 | 60 | 478.20 |
| | | Pivot | 119941 | WS | 73700 | 37040 | 18.33 | 54.5 | 9.81 | 60 | 588.60 |
| | | Pivot | 119942 | WS | 78560 | 38000 | 20.28 | 54.5 | 10.86 | 60 | 651.60 |
| | | Pivot | 119943 | WS | 76000 | 38520 | 18.74 | 54.5 | 10.03 | 60 | 601.80 |
| | | Pivot | 119944 | WS | 76420 | 39060 | 18.68 | 54.5 | 10.00 | 60 | 600.00 |
| | | Pivot | 119945 | WS | 80240 | 38700 | 20.77 | 54.5 | 11.12 | 60 | 667.20 |
| | | Pivot | 119946 | WS | 76480 | 39640 | 18.42 | 54.5 | 9.86 | 60 | 591.60 |
| | | Pivot | 119947 | WS | 69500 | 39580 | 14.96 | 54.5 | 8.01 | 60 | 480.60 |
| | | Pivot | 119948 | WS | 81420 | 39740 | 20.84 | 54.5 | 11.16 | 60 | 669.60 |
| | | Pivot | 119949 | WS | 76380 | 37300 | 19.54 | 54.5 | 10.46 | 60 | 627.60 |
| | | Pivot | 119950 | WS | 77500 | 37500 | 20.00 | 54.5 | 10.71 | 60 | 642.60 |
| | | Pivot | 119951 | WS | 76740 | 38760 | 18.99 | 54.5 | 10.17 | 60 | 610.20 |
| | | Pivot | 119952 | WS | 76020 | 35900 | 20.06 | 54.5 | 10.74 | 60 | 644.40 |
| | | Pivot | 119953 | WS | 75940 | 38680 | 18.63 | 54.5 | 9.97 | 60 | 598.20 |
| | | Pivot | 119954 | WS | 76020 | 38260 | 18.88 | 54.5 | 10.11 | 60 | 606.60 |

Case 16-11218-j11    Doc 21    Filed 05/27/16    Entered 05/27/16 16:48:11 Page 17 of 19

# Breedyk

| Producer | Date | Field | Ticket | Crop | Gross | Tare | Wet Ton | Moist | Adj Ton | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Breedyk | 05/12/2016 | Pivot | 119955 | WS | 68160 | 35800 | 16.18 | 54.5 | 8.66 | 60 | 519.60 |
| | | Pivot | 119956 | WS | 71960 | 38920 | 16.52 | 54.5 | 8.84 | 60 | 530.40 |
| | | Pivot | 119961 | WS | 50000 | 36180 | 6.91 | 54.5 | 3.70 | 60 | 222.00 |
| | | Pivot | 119962 | WS | 69300 | 38640 | 15.33 | 54.5 | 8.21 | 60 | 492.60 |
| | | Pivot | 119963 | WS | 78340 | 38380 | 19.98 | 54.5 | 10.70 | 60 | 642.00 |
| | | Pivot | 119964 | WS | 71980 | 37720 | 17.13 | 54.5 | 9.17 | 60 | 550.20 |
| | | Pivot | 119965 | WS | 78360 | 38900 | 19.73 | 54.5 | 10.56 | 60 | 633.60 |
| Total | | Pivot | 79 tickets | | 5749220.00 | 3066440.00 | 1371.39 | | 734.17 | 44050.20 | 44050.20 |
| Total Ross Chesse | | | 79 tickets | | 5749220.00 | 3066440.00 | 1371.39 | | 734.17 | 44050.20 | 44050.20 |
| Total | Breedyk | | 311 tickets | | 22102500.00 | 11830280.00 | 5136.11 | | 2528.77 | 151726.20 | 151726.20 |



# ROBINSON FARM'S, INC.
2925 E. Riggs Rd. 8-182
Chandler, AZ 85249
Kevin's Cell: (575) 626-8499
Fax: (480) 802-1482

**STATEMENT**

DATE: May 23, 2016
NUMBER:

TAX ID #85-0428383

Breedyk Dairy
7150 Vineyard Rd
Dexter, NM 88230

N° 1280

$ _____

| TONS | CHARGES AND CREDITS | BALANCE | |
|---|---|---|---|
| | 2016 Spring Harvest — BALANCE FORWARD | | |
| 2528 | Chop Haul Pack  34⁰⁰/Ton | 85,952 | 00 |
| 1371 | Extra Mileage Chesser  8.5 miles | 2914 | 24 |
| 5136 | Silage Inn  65¢/Ton | 4365 | 60 |
| | | 93,231 | 84 |

Thank you
Kevin

Printed by AOP, Inc. • (575) 624-2700 AOP # 25263

**ROBINSON FARM'S, INC.**  *Thank You*  PAY LAST AMOUNT IN THIS COLUMN