UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

Breedyk Dairy, Ltd. Co.,
a New Mexico Limited Liability Company,

Case No. 11-16-11218-JA

Debtor,

**OBJECTION TO EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW DBS Commodities, Ltd., Co. ("DBS"), by and through its counsel, Giddens, Gatton & Jacobus, P.C., (Chris M. Gatton), and for its objection to the Emergency Motion for Relief from Automatic Stay (the "Motion") filed by Robinson Farms, Inc. ("Movant") on May 27, 2016 (Docket No. 20), STATES:

1. In the Motion, Movant states that it has a lien that is perfected and prior to any other claims on 2,528.77 adjusted tons of sileage (the "Crop") which is being used by the Debtor as feed.

2. Movant, however, does not have a senior lien on the Crop. Movant's claim related back to approximately May 11, 2016, based on a claim of lien filed on May 27, 2016.

3. On or about February 12, 2013, Debtor executed a Promissory Note in favor of DBS in the amount of $1,601,480.61. A true and correct copy of the Promissory Note is attached hereto as **Exhibit A**.

4. On or about January 29, 2007, Debtor executed a Security Agreement in favor of DBS which secured performance of all then existing or future obligations. A true and correct copy of this Security Agreement is attached hereto as **Exhibit B**.

5. The collateral described in the Security Agreement included "all feed inventory" and all "other personal property used or useful in connection with the operation of Breedyk Dairy."

6. The Crop is feed inventory and/or personal property used or useful in connection with the Debtor's operations. It is thus collateral under the Security Agreement.

7. On or about February 27, 2013, a UCC-1 Financing Statement was filed with the Secretary of State as File No. 20130003607C, which perfected DBS' interest in the aforementioned collateral. A true and correct copy of this UCC-1 is attached hereto as **Exhibit C**.

8. As of the May 17, 2006, the petition date, Debtor owed DBS $1,323,702.14 pursuant to the Promissory Note. A true and correct summary of the amount owed is attached hereto as **Exhibit D**.

9. The perfection of DBS' security interest pre-dates Movant's claim of lien by almost three years.

WHEREFORE, DBS Commodities, Ltd., Co. respectfully requests that the Court enter an Order:

A. Denying all relief requested in the Motion;

B. Alternatively, ordering Movant to pay DBS the proceeds of the sale of the collateral; and

C. For such other and further relief as the Court deems just and proper.

Respectfully submitted:

Giddens, Gatton & Jacobus P.C.,

/s/Chris M. Gatton,
Submitted electronically, 6.3.16
10400 Academy, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Facsimile: (505) 271-4848
chris@giddenslaw.com
*Attorneys for DBS Commodities*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of June, 2016, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel requesting notice to be served by electronic means on the date of filing.

/s/Chris M. Gatton,
Submitted electronically 6.3.16

## PROMISSORY NOTE

$1,601,480.61                                    Dexter, New Mexico
                                                 February 12, 2013

     FOR VALUE RECEIVED, the undersigned (hereinafter referred to as "Maker", which term includes the successors and assigns of the undersigned) promises to pay to the order of DBS Commodities, Ltd. Co. (hereinafter referred to as "Holder", which term includes its successors in interest, assigns and any subsequent holder of this Note) at 184 E. Darby Road, Dexter, New Mexico 88230 or at such other place as Holder may designate in writing, the principal sum of $1,601,480.61 in lawful money of the United States of America, with interest thereon at the rate of 18% per annum. Maker shall, on demand, fully pay all sums due and owing to Holder.

     In the event this Note is placed in the hands of an attorney for collection, Maker shall pay Holder all court costs incurred in the collection, and reasonable attorney's fees.

     The Maker and any endorsers, guarantors, sureties or other parties whose signatures appear on this Note hereby waive presentment, protest and demand, notice of protest, demand and dishonor and notice of non-payment of this Note (except as provided above) and hereby agree that no extension of the time for payment of this Note, either principal or interest, no waiver of any existing default, no release of any security for this Note and no indulgence of any sort shall operate to release, discharge, modify, change or affect the original liability of the undersigned or any endorser, guarantor, surety or other party to this Note.

     The undersigned and all parties whose signatures appear below shall be deemed to be bound by the provisions of this Note, whether the signatures below were affixed at the same or different times. The undersigned and all parties whose signatures appear below hereby consent to the jurisdiction of any court located within the State of New Mexico over their respective persons and agree that, if any one of them are or become a non-resident of New Mexico, service of process may be had upon them wherever he, she or it may be found and that such service shall be valid and binding as if personal service had been made within the State of New Mexico.

     This Note shall be governed as to validity, interpretation, construction, effect, enforceability and in all other respects by the laws and decisions of the State of New Mexico. If a court of competent jurisdiction should determine that any provision of this note is invalid or unenforceable, the remaining provisions of this Note shall continue in full force and effect except that Holder may elect to accelerate maturity and demand immediate payment of the entire unpaid principal balance and accrued interest and late charges then due under this Note.

BREEDYK DAIRY, LTD. CO.

_____
Arie Breedyk, Jr., Manager

**EXHIBIT A**

# SECURITY AGREEMENT

This Agreement dated January 29, 2007 is governed by the Uniform Commercial Code of the State of New Mexico.

Borrower(s) and address(es)

    BREEDYK DAIRY, LTD. CO.
    7150 Vineyard Rd.
    Dexter, New Mexico 88230

Secured Party    DBS COMMODITIES, LTD.CO.,
Address    184 E. Darby Rd.
    Dexter, New Mexico 88230

In this Security Agreement, the words I, me, my and mine mean the Borrower. You and your mean the Secured Party.

I agree to give you a security interest in my property described below. If I don't repay any amounts I may owe you, or break a promise I've made in any note, loan or credit agreement I may have with you, you can take this property and sell or use it as described below.

By granting you a security interest in this collateral, I intend to provide you with security for payment and performance of all my obligations to you which now exist or may exist in the future.

Any of my property covered by your security interest is called "collateral". Any additions and replacements to the property, or any proceeds from the sale of the property are also part of the collateral. The collateral in this agreement is

    All livestock Inventory (including but not limited to dairy cows, heifers, and calves), all feed Inventory, and all equipment (including but not limited to rolling stock, contract rights, accounts, general intangibles, and other personal property used or useful in connection with the operation of Breedyk Dairy and Break-Away Dairy, together with all offspring, proceeds, and replacements thereof.

The collateral is used primarily for:
  \_\_\_\_  Personal, family or household purposes
  _XX_  Business
  \_\_\_\_  Farming

I agree to help you do all that's necessary to protect your security interest in the collateral.

I am not using money you are lending to me to buy the collateral. If I am, you will have what is called a "purchase money security interest" in the collateral. This will give you more protection against others who might claim the collateral is theirs.

I own the collateral and no one else has any interest in it or claim against it except



EXHIBIT B

as to certain portions thereof, there are prior security interests in favor of third parties. I agree not to sell, lease, or give it as security to anyone else until I have repaid the loan in full.

While any part of our loan is unpaid, I promise:

1. to use the collateral carefully and keep it in good repair;
2. to obtain your written permission before making any major alterations;
3. to tell you in writing before changing my address or the address where the collateral is kept;
4. to help you protect the rights I have given you;
5. not to use or permit anyone to use the collateral for any unlawful purposes; and
6. to permit you to inspect the collateral at reasonable times.

I will keep the collateral insured for its full value against loss and damage with an insurance company that you accept. The policies must say that you are to by paid if there's a loss. I will deliver the policies to you, if you request.

If the collateral is lost or damaged, you can use the insurance proceeds to replace or repair it, or to repay any amounts I owe you.

I will pay all taxes and fees on the collateral. You can insure the collateral, or pay any tax or fee if I don't (although you don't have to). If you do pay taxes or fees, I will repay you with interest at the highest rate allowed by law.

I agree that without giving me any advance notice, you can require me to pay the unpaid balance of our loan at once if I break any promise made under this security agreement or under any note, loan, or credit agreement between us.

I will be in default:

1. If I don't make a payment when due or I don't fully repay any loan I may have with you.
2. If I break any promise I have made to you in this agreement, or under any note or loan or credit agreement between us.
3. If I become insolvent or file bankruptcy.
4. If a lien is put on the collateral, or if it's confiscated.
5. If the collateral is misused, or in danger of depreciating too much.
6. If I do anything that reduces my ability or willingness to pay.
7. If I die or become incompetent.
8. If my insurance is cancelled.

If I failed to do anything I have promised to do in this agreement you may do it and any money spent for this purpose shall be added with interest to the loan secured hereby.

If I am in default you can take possession of the collateral. I will deliver the collateral to you at a time and place you choose. If I don't, or if you wish, you can take possession of the collateral without giving me advance notice. If you take possession of the collateral you will not be responsible for any of my property left inside the collateral that is not covered by this agreement. You will try to return the property to me.

After you have taken possession of the collateral, you can sell it and apply the proceeds to the unpaid balance of our loan. You will give me ten days notice of any public

sale or of the date after which you will be free to have a private sale. I will have to reimburse your expenses for taking possession and selling the collateral, court costs and reasonable attorney's fees. If the sale proceeds are not enough to pay you the unpaid balance of my loan and any interest I owe you, and to reimburse you for these expenses, I still will have to pay the difference. I am entitled to any excess if the sales proceeds are more than I owe you.

You also have all the rights and remedies regarding taking possession, retention and sale of the collateral and use of the proceeds as are permitted by the Uniform Commercial Code.

You are authorized to file a Financing Statement.

Because you excuse one default by me does not mean later defaults will be excused.

I've read this agreement and received a copy. I understand it contains all my rights and responsibilities. No oral statements will be binding. All changes must be approved by you in writing. My heirs and legal representatives will also be responsible under this agreement.

Secured Party:

DBS COMMODITIES, LTD. CO.

By _____

Date: February 20, 2013

Borrower:

BREEDYK DAIRY, LTD. CO.

_____
Arle Breedyk, Jr., Manager

Date: February 22, 2013



**State of New Mexico**
**Office of the New Mexico Secretary of State**
Dianna J. Duran
FILING ACKNOWLEDGMENT
02/27/2013

UCC Search Inc.
PO Box 9315
Santa Fe, NM 87504-9315

File Number: 20130003607C   Filing Date: 02/27/2013 1:54 PM   Filing Type: UCC
Lapse Date: 02/27/2018                                                                 Pages: 1

**Indexed Debtor(s):**
   Commercial:   Breedyk Dairy, Ltd. Co., 7150 Vineyard Road, Dexter, NM, 88230

**Secured Party(s) / Assignee(s):**
   Commercial:   DBS Commodities, Ltd. Co., 184 E. Darby Road, Dexter, NM, 88230

**Other Information:**

Please review the above information that was indexed in our database. We have indexed the above information exactly as it was presented on your enclosed filing. If there is an error please contact our office at the number listed below. If you wish to make a change from your original document an amendment (UCC-3) with the appropriate fee is required.

Please refer to the Secretary of State's web page at
www.sos.state.nm.us for additional filing information.

SECRETARY OF STATE

Folder: T1305804008  Tracking:
T1305804008



Case 16-11218-j11    Doc 26    Filed 06/03/16    Entered 06/03/16 16:36:57 Page 8 of 10

File Number: 201300036070
Date Filed: 02/27/2013 01:54 PM
Dianna J. Duran
Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

PLS DON'T MAIL-PUT IN FOLDER
UCC Search
P. O. Box 9316
Santa Fe, NM 87504

State of New Mexico
UCC1 Initial Filing 1 Page(s)

T1305804008

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: **Breedyk Dairy, Ltd. Co.**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7150 Vineyard Road | Dexter | NM | 88230 | USA |

| 1d. SEE INSTRUCTIONS | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | NM | 1651470 | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME:

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME: **DBS Commodities, Ltd. Co.**

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 184 E. Darby Road | Dexter | NM | 88230 | USA |

4. This FINANCING STATEMENT covers the following collateral:

All livestock Inventory (including but not limited to dairy cows, heifers and calves), all feed inventory, and all equipment (including but limited to rolling stock, contract rights, accounts, general intangibles, and other personal property used or useful in connection with the operation of Breedyk Dairy and Break-Away Dairy), together with all offspring, proceeds and replacements thereof.

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## BREEDYK & BREAKAWAY ACTIVITY SINCE FEBRUARY 2013

| Payments Received - by Month | | Charges - by Month | | Balance |
|---|---|---|---|---|
| Date | Amount | Date | Total | |
| | | | | $ 1,601,480.61 |
| 2/12-2/28/201 | 146,682.80 | 2/12-2/28/2013 | 202,276.87 | 1,657,074.68 |
| 3/31/2013 | 216,113.15 | 3/31/2013 | 249,241.80 | 1,690,203.33 |
| 4/30/2013 | 275,057.29 | 4/30/2013 | 284,001.62 | 1,699,147.66 |
| 5/31/2013 | 385,283.27 | 5/31/2013 | 402,484.52 | 1,716,348.91 |
| 6/30/2013 | 340,803.53 | 6/30/2013 | 346,408.77 | 1,721,954.15 |
| 7/31/2013 | 313,067.07 | 7/31/2013 | 370,943.15 | 1,779,830.23 |
| 8/31/2013 | 454,058.15 | 8/31/2013 | 379,708.97 | 1,705,481.05 |
| 9/30/2013 | 321,681.75 | 9/30/2013 | 372,923.61 | 1,756,722.91 |
| 10/31/2013 | 395,547.03 | 10/31/2013 | 332,000.01 | 1,693,175.89 |
| 11/30/2013 | 340,385.10 | 11/30/2013 | 333,136.11 | 1,685,926.90 |
| 12/31/2013 | 159,334.84 | 12/31/2013 | 341,279.18 | 1,867,871.24 |
| 1/31/2014 | 495,652.19 | 1/31/2014 | 327,832.63 | 1,700,051.68 |
| 2/28/2014 | 337,986.07 | 2/28/2014 | 314,977.82 | 1,677,043.43 |
| 3/31/2014 | 317,860.96 | 3/31/2014 | 313,264.15 | 1,672,446.62 |
| 4/30/2014 | 161,345.21 | 4/30/2014 | 360,770.79 | 1,871,872.20 |
| 5/31/2014 | 360,770.79 | 5/31/2014 | 331,387.86 | 1,842,489.27 |
| 6/30/2014 | 505,123.94 | 6/30/2014 | 282,232.19 | 1,619,597.52 |
| 7/31/2014 | 301,126.32 | 7/31/2014 | 246,302.19 | 1,564,773.39 |
| 8/31/2014 | 251,653.02 | 8/31/2014 | 172,302.94 | 1,485,423.31 |
| 9/30/2014 | 225,181.06 | 9/30/2014 | 190,462.40 | 1,450,704.65 |
| 10/31/2014 | 236,589.06 | 10/31/2014 | 182,580.27 | 1,396,695.86 |
| 11/30/2014 | 258,615.75 | 11/30/2014 | 221,766.24 | 1,359,846.35 |
| 12/31/2014 | 302,610.11 | 12/31/2014 | 286,956.08 | 1,344,192.32 |
| 1/31/2015 | 137,400.52 | 1/31/2015 | 278,934.74 | 1,485,726.54 |
| 2/28/2015 | 391,322.09 | 2/28/2015 | 229,204.18 | 1,323,608.63 |
| 3/31/2015 | 256,319.19 | 3/31/2015 | 284,755.55 | 1,352,044.99 |
| 4/30/2015 | 274,739.94 | 4/30/2015 | 243,568.34 | 1,320,873.39 |
| 5/31/2015 | 213,531.65 | 5/31/2015 | 212,655.99 | 1,319,997.73 |
| 6/30/2015 | 235,320.32 | 6/30/2015 | 246,103.63 | 1,330,781.04 |
| 7/31/2015 | 126,505.58 | 7/31/2015 | 198,058.69 | 1,402,334.15 |
| 8/31/2015 | 205,698.69 | 8/31/2015 | 213,579.14 | 1,410,214.60 |
| 9/30/2015 | 218,877.25 | 9/30/2015 | 198,427.02 | 1,389,764.37 |
| 10/31/2015 | 198,769.26 | 10/31/2015 | 215,353.78 | 1,406,348.89 |
| 11/30/2015 | 374,522.43 | 11/30/2015 | 180,023.27 | 1,211,849.73 |
| 12/31/2015 | 207,363.11 | 12/31/2015 | 163,862.67 | 1,168,349.29 |
| 1/31/2016 | 164,888.99 | 1/31/2016 | 163,677.34 | 1,167,137.64 |
| 2/29/2016 | 88,258.13 | 2/29/2016 | 149,693.32 | 1,228,572.83 |
| 3/31/2016 | 214,157.45 | 3/31/2016 | 161,681.76 | 1,176,097.14 |
| 4/30/2016 | 88,825.43 | 4/30/2016 | 170,298.09 | 1,257,569.80 |
| 5/17/2016 | 5,000.00 | 5/17/2016 | 71,132.34 | 1,323,702.14 |



EXHIBIT D